**FILED**

UNITED STATES COURT OF APPEALS

NOV 15 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, Plaintiff-Appellant, v. LED ZEPPELIN; et al., Defendants-Appellees. | No. 16-56057 D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, Plaintiff-Appellee, v. WARNER/CHAPPELL MUSIC, INC, Defendant-Appellant. | No. 16-56287 D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles |

This order amends the November 7, 2016 order.

Defendant Warner/Chappell Music Inc.'s opposed motion (docket entry #5) to consolidate appeals is granted. Appeal Nos. 16-56057 and 16-56287 are consolidated.

amt/Pro Mo 04Nov2016

The amended briefing schedules is as follows: plaintiff's principal brief is due February 13, 2017; defendants' principal and response brief is due March 15, 2017; plaintiff's response and reply brief is due April 14, 2017; and defendant Warner/Chappel Music Inc.'s optional reply brief is due within 14 days after service of plaintiff's response and reply brief.

        For the Court:
        MOLLY C. DWYER
        Clerk of the Court

        Alihandra M. Totor
        Deputy Clerk
        Ninth Circuit Rules 27-7 and 27-10