# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| MICHAEL SKIDMORE, *etc.*, | ) ) ) | No. 16-56057 |
| Plaintiff - Appellant, | ) ) | |
| v. | ) ) | D.C. No. 2:15-cv-03462-RGK-AGR |
| LED ZEPPELIN, *et al.*, | ) ) | U.S. District Court |
| Defendants - Appellees. | ) ) ) | Central District of California, Los Angeles |
| | ) ) | |
| WARNER/CHAPPELL MUSIC, INC., | ) ) | No. 16-56287 |
| Defendant - Appellant, | ) ) | |
| v. | ) ) | |
| MICHAEL SKIDMORE, *etc.*, | ) ) | |
| Plaintiff - Appellee. | ) ) ) | |

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
HONORABLE R. GARY KLAUSNER, DISTRICT JUDGE PRESIDING

---

### RESPONSE TO PLAINTIFF'S MOTION TO TRANSMIT EXHIBITS

---

Peter J. Anderson, Esq.
Law Offices of Peter J. Anderson, A P.C.
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
T: (310) 260-6030  F: (310) 260-6040
Attorney for Defendants-Appellees and
Defendant, Appellee and Appellant
Warner/Chappell Music, Inc.

Helene M. Freeman, Esq.
Philips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 977-9700  F: (212) 262-5152
Attorney for Defendants-Appellees
James Patrick Page, Robert Anthony
Plant and John Paul Jones

## **RESPONSE TO PLAINTIFF'S MOTION TO TRANSMIT**

## **PHYSICAL AND DOCUMENTARY EXHIBITS**

Defendants and appellees and defendant, appellee and appellant Warner/Chappell Music, Inc. (collectively, "Defendants"), respectfully submit this Response to plaintiff, appellant and appellee Michael Skidmore's ("Plaintiff") Motion to Transmit Physical and Documentary Exhibits (Dkt 14 in no. 16-56057 & Dkt 12 in no. 16-56287).

Without agreeing that the exhibits Plaintiff seeks leave to transmit are relevant to these appeals or properly considered, Defendants do not oppose the Motion.

Respectfully submitted,

Dated: March 23, 2017

/s/ Peter J. Anderson
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants and Appellees
JAMES PATRICK PAGE, ROBERT
ANTHONY PLANT, JOHN PAUL JONES,
ATLANTIC RECORDING CORPORATION,
RHINO ENTERTAINMENT COMPANY,
SUPER HYPE PUBLISHING, INC., and
WARNER MUSIC GROUP CORP.
and Defendant, Appellee and Appellant
WARNER/CHAPPELL MUSIC, INC.

2

Helene M. Freeman, Esq.
PHILIPS NIZER LLP
Attorney for Defendants-Appellees
JAMES PATRICK PAGE,
ROBERT ANTHONY PLANT
and JOHN PAUL JONES

## **CERTIFICATE OF COMPLIANCE**

This Response complies with the page limitation of Federal Rule of Appellate Procedure 27(d)(2) because this Response is less than 10 pages in length. This Response also complies with Rule 27(d)(1)(E) and the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because this Reply has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point type size in New Times Roman type style.

Dated: March 23, 2017             /s/ Peter J. Anderson
                                             Peter J. Anderson, Esq.
                               LAW OFFICES OF PETER J. ANDERSON
                                           A Professional Corporation
                                    Attorney for Defendants and Appellees
                                   JAMES PATRICK PAGE, ROBERT
                              ANTHONY PLANT, JOHN PAUL JONES,
                              ATLANTIC RECORDING CORPORATION,
                               RHINO ENTERTAINMENT COMPANY,
                                SUPER HYPE PUBLISHING, INC., and
                                     WARNER MUSIC GROUP CORP.
                                  and Defendant, Appellee and Appellant
                                    WARNER/CHAPPELL MUSIC, INC.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF System.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that at least one of the counsel for each participant in the case is a registered CM/ECF user.

Dated: March 23, 2017          /s/ Peter J. Anderson
                                PETER J. ANDERSON