APPEAL NO. 16-56057

UNITED STATES COURT OF APPEALS FOR
THE NINTH CIRCUIT

---

SKIDMORE, AS TRUSTEE FOR THE RANDY
CRAIG WOLFE TRUST

*Plaintiff-Appellant,* v.

LED ZEPPELIN ET AL.
*Defendants-Appellees.*

---

MUSIC COPYRIGHT INFRINGEMENT,
ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA
THE HONORABLE R. GARY KLAUSNER
THE CASE WAS DOCKETED IN THE CENTRAL DISTRICT AS
CASE NO. 15-CV-03462

---

PURSUANT TO PERMISSION BY COURT FOR
PLAINTIFF-APPELLANT SKIDMORE TO LODGE PHYSICAL AND
DOCUMENTARY EXHIBITS—INCLUSIVE OF AUDIO/VISUAL
EXHIBITS—IN THE APPELLATE RECORD

---

FRANCIS ALEXANDER, LLC
FRANCIS MALOFIY
ALFRED JOSEPH FLUEHR
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

*Attorneys for the Plaintiff-Appellant Skidmore*

# INDEX

## TRIAL EXHIBITS

| | |
|---|---|
| 6A | AUDIO - Led Zeppeling Performing Fresh Garbage (1/10/1969) |
| 61A | AUDIO - Taurus Deposit Copy Audio |
| 98 | Jimmy Page Interview (New Musical Express) |
| 157 | Last Page of ZigZag Interview with Jimmy Page |
| 160 | Full Jimmy Page Interview in ZigZag |
| 160A | AUDIO - ZigZag Interview with Jimmy Page |
| 205A | AUDIO - Spirit Fresh Garbage Performance (2/3/1970) |
| 305 | N. Cal. Folk Rock Festival Poster |
| 313 | Rock Concert is Real Groovy News Article (Rocky Mountain News) |
| 314 | Atlanta Pop Greatest Musical Fair Ever (The Hurricane, 7/11/1969) |
| 316 | Seattle Pop Festival Poster |
| 318 | Seattle Pop Festival Poster |
| 319 | Texas International Pop Festival Poster and Misc Paraphenalia |
| 321 | Robert Plant Crash Article |
| 373 | Actual Spirit Album |
| 500-1 | Chromatic Line |
| 501-1 | Prior Art Comparison – Minor Chromatic Line and Associate Chords |
| 502-1 | Harmony Chords |
| 503-1 | Harmony Comparison |
| 506-1 | Melody Comparison Chart – Creative and Memorable (AB BC CF#) |
| 508-1 | Lead Sheets |
| 509-1 | Arpeggios and Melodies |
| 511-1 | Pitch Inventory |
| 535 | Photo Andes/Plant |
| 538 | Gonzaga University Set List (12/30/1968) |
| 524V | VIDEO - Hanson Performing Stairway |
| 525V | VIDEO - Hanson Performing Taurus Deposit Copy |
| 527V | VIDEO - Taurus Deposit Copy Bass Clef |
| 527X | VIDEO Comparison – Taurus Bass Clef Played with STH by Hanson |
| 2058 | Taurus Deposit Copy |
| 2704 | Taurus Deposit Copy indicating (AB BC CF#) |
| 2705 | Ferrara Report Exhibit – Chord Progression – 4 measures – Taurus and Stairway |
| 2708 | Stairway Deposit Copy |
| 2951 | Spirit Poster for Mothers Club (Sat. Jan. 31, 1970) |
| 100158 | "Led Zeppelin: Split-Group Product" (Richmond News-Leader, 6/7/1969) |
| 100164A | AUDIO - BBC Arms of Atlas Interview with Page, Plant, and Jones |
| 100165A | AUDIO - ZigZag Interview of Page Concerning Bron-Yr-Aur |

# SUMMARY JUDGMENT - AUDIO EXHIBITS

**Audio Exhibit 6:**
Live performance of Led Zeppelin playing Fresh Garbage 1-10-1969

## AUDIO EXHIBITS – COMPARISON AUDIO

**Audio Exhibit 7:**
Stairway to Heaven (0 seconds – 25 seconds)

**Audio Exhibit 8:**
Taurus (45 seconds – 1 minute, 13 seconds)

**Audio Exhibit 9:**
8 measures of Stairway from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 10:**
8 Measures of Taurus from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 11:**
8 measures of Stairway and Taurus played together from note 1 of the acoustic guitar, repeated multiple times

## AUDIO EXHIBITS - RE-RECORDING OF STAIRWAY TO HEAVEN

| | |
|---|---|
| **Audio Exhibit 12:** | **Acoustic Guitar** |
| **Audio Exhibit 13:** | **Bass** |
| **Audio Exhibit 14:** | **Drums** |
| **Audio Exhibit 15:** | **Electric 12 Strings** |
| **Audio Exhibit 16:** | **Electric Piano** |
| **Audio Exhibit 17:** | **End Guitar** |
| **Audio Exhibit 18:** | **Les Pauls** |
| **Audio Exhibit 19:** | **Recorders** |
| **Audio Exhibit 20:** | **Slide** |
| **Audio Exhibit 21:** | **Solo** |

## AUDIO EXHIBITS - RE-RECORDING OF TAURUS

| | |
|---|---|
| **Audio Exhibit 22:** | **Acoustic Guitar** |
| **Audio Exhibit 23:** | **Cello 1** |
| **Audio Exhibit 24:** | **Cello 2** |
| **Audio Exhibit 25:** | **Cymbal** |
| **Audio Exhibit 26:** | **Flute** |
| **Audio Exhibit 27:** | **Harpsichord** |
| **Audio Exhibit 28:** | **String Bass** |
| **Audio Exhibit 29:** | **Viola** |
| **Audio Exhibit 30:** | **Violins** |

## AUDIO EXHIBITS – ALEXANDER STEWART

**Audio Exhibit 31:**                      (Previously: Audio Exhibit A)
**"Stairway to Heaven" (album)**

**Audio Exhibit 32:**                      (Previously: Audio Exhibit B)
**"Taurus" (album)**

**Audio Exhibit 33:**                      (Previously: Audio Exhibit E)
**Taurus Live at Ash Grove (7/10/1967)**

**Audio Exhibit 34:**                      (Previously: Audio Exhibit C)
**Taurus Live at Ash Grove (7/31/1967)**

**Audio Exhibit 35:**                      (Previously: Audio Exhibit D)
**Taurus Live at Ash Grove (8/8/1967)**

**Audio Exhibit 36:**                      (Previously: Audio Exhibit H)
**Taurus Demo Recording (8/1967)**

**Audio Exhibit 37:**                      (Previously: Audio Exhibit F)
**Taurus Live at Kaleidoscope (4/5/1968)**

**Audio Exhibit 38:**                      (Previously: Audio Exhibit G)
**Taurus Live at The Time Coast**

**Audio Exhibit 39:**                      (Previously: Audio Exhibit H)
**Taurus Live at Acoustic (1996)**

**Audio Exhibit 40:**                      (Previously: Audio Exhibit J)
**Combination – Acoustic Taurus Synced to STH SR – Part A, played over Master SR of STH**

**Audio Exhibit 41:**                      (Previously: Audio Exhibit K)
**Acoustic Taurus Synced to Master SR of STH – Part A**

**Audio Exhibit 42:**                      (Previously: Audio Exhibit L)
**Stairway Acoustic – Part A:**

**Audio Exhibit 43:**                      (Previously: Audio Exhibit M)
**Taurus Acoustic – Part A:**

**Audio Exhibit 44:**                      (Previously: Audio Exhibit N)
**Combination – Acoustic Taurus Synced to Master SR of STH (Part A), played over Acoustic Stairway (Part A)**

## AUDIO EXHIBITS – REBUTTAL OF MATHES

**Audio Exhibit 45:**         **Mathes Audio Exhibit Tempo Matched - Stairway**
**Audio Exhibit 46:**         **Mathes Audio Exhibit Tempo Matched - Taurus**
**Audio Exhibit 47:**         **Mathes Audio Exhibit Tempo Matched - STH & Taurus**

*Respectfully submitted,*

*/s/ Francis Malofiy*

FRANCIS ALEXANDER, LLC
FRANCIS MALOFIY
ALFRED JOSEPH FLUEHR
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

*Attorneys for the Plaintiff-Appellant Skidmore*

*June 23, 2017*

## CERTIFICATE OF FILING AND SERVICE

Plaintiff-Appellant Skidmore pursuant to permission by the Court has filed

four (4) copies to lodge the physical and documentary exhibits – inclusive of

audio/visual exhibits – in the Appellate Record.

*Respectfully submitted,*

*/s/ Francis Malofiy*
FRANCIS ALEXANDER, LLC
FRANCIS MALOFIY
ALFRED JOSEPH FLUEHR
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

*Attorneys for the Plaintiff-Appellant Skidmore*

*June 23, 2017*

**PLEASE NOTE:**

**FOR THE FOLLOWING AUDIO/VISUAL <u>TRIAL EXHIBITS</u>, PLEASE SEE THE DVD ENCLOSED IN BINDER POCKET AND SUBMITTED TO THIS COURT**

| | |
|---|---|
| 6A | AUDIO - Led Zeppeling Performing Fresh Garbage (1/10/1969) |
| 61A | AUDIO - Taurus Deposit Copy Audio |
| 160A | AUDIO - ZigZag Interview with Jimmy Page |
| 205A | AUDIO - Spirit Fresh Garbage Performance (2/3/1970) |
| 524V | VIDEO - Hanson Performing Stairway |
| 525V | VIDEO - Hanson Performing Taurus Deposit Copy |
| 527V | VIDEO - Taurus Deposit Copy Bass Clef |
| 527X | VIDEO Comparison – Taurus Bass Clef Played with STH by Hanson |
| 100164A | AUDIO - BBC Arms of Atlas Interview with Page, Plant, and Jones |
| 100165A | AUDIO - ZigZag Interview of Page Concerning Bron-Yr-Aur |

**PLEASE NOTE:**

**FOR <u>SUMMARY JUDGMENT AUDIO EXHIBITS</u> 6 – 47, PLEASE SEE DVD ENCLOSED IN BINDER POCKET AND SUBMITTED TO THIS COURT**

6A

# 6A

## 1/10/1969 – LED ZEPPELIN PERFORMING FRESH GARBAGE

61A

# EXHIBIT

# 61A

CASE NO. __15-cv-3462-RGK-AGR__

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. __Led Zeppelin et al.__

PLAINTIFF'S EXHIBIT __61A__

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

# AUDIO EXHIBIT 61:

# TAURUS DEPOSIT COPY

# (BY FERRARA)

98

4

NEW MUSICAL EXPRESS     On sale, Friday, week ending April 25, 1970

# 13 - YEAR - OLDS  BUY  OUR  DISCS !



## JIMMY PAGE answers the questions in the final LED ZEPPELIN ASK-IN

THE last part of our four-part series on Led Zeppelin is an interview with the man who made it all possible in the beginning, guitarist extraordinary Jimmy Page.

Jimmy's reputation as rhythm (can you believe rhythm?) guitarist with the Yardbirds and his stupendous session work in London (Joe Cocker's classic, "With a Little Help from My Friends" features Page's picking) was enough for Atlantic Records to sign Led Zeppelin unseen. The intuition of Nesuhi and Ahmet Ertegun and Jerry Wexler, the fathers at Atlantic, is too incredible to be believed.

As before, I am represented by RY below and JP is Jimmy. Here is how he replied to my questions in Toronto, Canada.



### Jimmy tells an amazed RITCHIE YORKE

**RY: WHERE DO YOU THINK YOUR FOLLOWING LIES?**

**RY: THERE SEEMS TO BE A LOT OF YOUNG PEOPLE INTO YOUR MUSIC NOW?**

**RY: DID YOU HAVE ANY IDEA OF WHERE YOU WERE GOING A YEAR AGO?**

### Second album

**RY: HOW ABOUT THE DOORS?**

**RY: WHAT DO YOU THINK OF THE AMERICAN POP SCENE?**

**RY: WERE YOU SURPRISED AT YOUR TREMENDOUS SUCCESS?**

**RY: YOU'RE EARNING FANTASTIC MONEY NOW. WHAT'S THE MOST YOU'VE EVER MADE?**

**RY: WHAT'S GOING A LOT OF PERSONAL APPEARANCES IN NORTH AMERICA NOW. HOW DID IT ALL START?**

**RY: YOU THINK YOU'VE IM- PROVED THEIR GUITAR PLAYING SINCE JOINING?**

**RY: WHAT DO YOU THINK OF GIPSY SKIE?**

**RY: I'VE HEARD THAT THE VA- NILLA FUDGE IS JOINING YOU?**

### Eric Clapton?

**RY: SSK?**

**RY: WHAT MEANS DO YOU LIKE?**

**RY: WHO HAS INSPIRED YOU?**

**RY: HOW ABOUT BLUES GUITAR- ISTS?**

**RY: JOHNNY WINTER?**

**RY: SOME PEOPLE ACCUSE YOU OF HAVING NO TASTE?**

**RY: HOW ABOUT THE STONES?**

### Beatles?

**RY: ABOUT THE BEATLES?**

**RY: WHAT ABOUT GEORGE'S PLAY- ING ON "ABBEY ROAD"?**

**RY: IN WHAT DIRECTION ARE YOU GOING?**

**RY: WHAT DO YOU FEEL ABOUT THE SECOND ALBUM?**

**RY: DO YOU LIKE BEING THE PRODUCER?**

### A single?

**RY: DO YOU HAVE ANY PLANS FOR A SINGLE?**

**RY: I HEAR THAT YOU REALLY CAN'T TOLERATE STRAIGHTS.**

**RY: ANY PARTICULAR INSTANCES?**

D00098
98-00001

157

To stay on the vulnerability/frailty of the rock star theme, it seems to me that you are unusually stable in your profession, as if you discovered how to sidestep the pressures. You've quit the ostentatious guitarist-in-the-public-eye thing and retreated, to prolong active life, as it were. Well, I've been through all that and I have at times retreated from completely drained by it all. It's not so much a question of retreating or finding ways of being able to come over the top of it, which I've more often failing to do. I suppose there's a moment of realisation when the whole thing falls into perspective and you see everything differently, so I got really desperate and shattered by all the bad times too because you couldn't relax and then because you couldn't face the prolonged period where press comments wore me down until I was beginning very unstressed, especially when I knew I was doing the best I could.

It's no. You can develop a tremendous insecurity if you haven't got someone to lean on. I know that it once was easily used in the business but the fact remains that if you haven't got musicians who add the stress, you're going to have to play something in. So it, I'm sure you have got groups who have been working for years and years and ... just because there's been screwed in the way down the road. I can't say it's sort of things I'm thinking. We're very aware in that respect because we've got Peter Grant who's like a fifth member of the group who looks after every single gig or even which is something every few things as we all can consider doing.

**What about this constant living out of a suitcase... surely that can grind you down after a while?** For instance, what about that Yardbirds tour you did – which was something like two gigs a night for a month?

Right. At the time it didn't seem as bad as it really was because being in a group can expand the sense of things, but I can't say it was so bad. In the *Blow Up* with *Carnaby Street* was it consisted of being me, but for a month or travelling from town to town gig to gig. It got to the point where there were so many people on the bus that you couldn't figure out where the bus was going to go to the gig or else there's time the bus would drop at some convenient place along the way. We were sharing this bus with Sam the Sham & The Pharaohs, Gary Lewis & The Playboys, and all sorts of people. It was a common thing we solid and to sleep on the luggage rack, depending on whether or not Gary Lewis and his crew travelled. In places it was so cramped and ... you'd get the next day. We'd been Bryan Hyland, who opened the show, but never seemed to need to stay on before the next stage. There was no time to relax and we just staggering like that. And, it was a double trip going next but on the same day the bus would sometimes turn into service taking us some of a day got another one which kept you moving, over seeing Bryan Hyland and whatever to the other gigs. It was ludicrous to remember, I have had ...

Going with ... had it down, the real pressure could never come doing its best years up and people are not strong it off as crap. That each effort made ... to point, and I know of other rock stars probably been affected to a greater

... but I came in to conclusion that it doesn't pay to just worry.

**To change the subject completely, whose records do you listen to when you're just lying around at home?**

I'm fairly so that soon ... you that double album, even though I have some of the tracks around that it's great ... it's likely, especially say ... I've ... thought that's the best LP of their the discography of the ... you see, and that I think there's ... some of the reasons I give them ... Beethoven... I still listen to his albums if only to be reminded of the early Sun sessions ... and John Bonham's ... from the time to time ...

Just I know, I can't say some of things, like most of the records they produced that they are not as interesting and I'm not too ... that they ... haven't really got anything of interest. They were too loud or unrolled through before with a greater than ... and recorded ... because, and ... ever gets anything that and it tough in songs and the ... say ... and then put on a historical background or might of ... ugh.

Out of album balances it just was so good, but I was sorry that some of the early live albums struck me a very disappointing I'm always enchanted with a good of the Doobie Bros. who is whatever you say. But the structures of that they and performance were all excellent for some ... live that they've not real and that's been a great big heart. They were down as one of the band who didn't strike me as a sensational live ... like Spirit did, for instance.

I saw Spirit a couple of times and thought they were very good ... one Kids die case they were frankly fond of them ... one died and ... ... they're the perfect ... one or so ... one time and the ... single the single they of ... all ... of John ... ... lacking ... you can't ... that ... the time ...

... whatever else ... they ... ... precise their music. That ... ... ... ... it was a real ... pleasure ... the one side of road ... and ... ... the best work ... when their ... ... in America ... ... ... music ... there's another ... think ... ... ... ... the Italian ... ... a ... damned thing, which was ... ... ... You'd ... ... Then as a line would ... ... votes too much ... ... ... ... playing ... you like ... the spirit ...

**And their best albums were never released here? Which other American bands impressed you on stage?**

I guess Buffalo Springfield they had a nice feel ... and a belief too ... musicians ... very ... of ... They had a country guitarist who ... and who later ... a hardie and religious thing ...

They're not ... that was ... a real backing type ... and only a ... two ... tunes. What happened was that we all got ... excited and the four of us became the first band ... Robert ... when we kept on ... a symbol of which all sort of policy ... have been listed, and which is a ... part of ... I think, for instance ... rep started courage to the Red Indian tribes John Buffalo ... the second one's the kind of a book about ... and was ... to put ... a room who was both ... and ... completely discover ... down in some ... and John Bonham's ... from the ... just picked things out on the road too.

My symbol was one which I designed myself, but ... I ... took it off a record, Zoso. It's a ... in the States ... ... to the record of Zoso, which is a part because it was composed of a sound at all, but something created different and with a different meaning together. Basically, the whole thing ... got another idea to draw the music that's just ... and we'd had a good laugh when we realised what the charts and me had to ... represented a symbol of a ... ... old Atlantis supplied the props with the ... seal block, but they didn't like it at all ... cut a set ... Saxon, album set reproduced, finally the title and secondly, the forth, ... ... at all ... even the number or the name of the printer.

*Pete Frame's latest book,* The Restless Generation: How Rock Music Changed the Face of 1950s Britain, *is published by Rogan House.*



D000157



# MY BACK PAGES

In 1972, at the height of Led Zeppelin's fame, JIMMY PAGE spoke to the pioneering rock monthly *ZigZag*. He talked frankly to editor Pete Frame about his early days as a session man, his time in The Yardbirds, and the formation of Led Zeppelin…



Jimmy's first band, the Crusaders, around 1961. From left: Jimmy Page, Jimmy Evans (drums), Neil Christian (vocals) and John Spicer. Photo courtesy of John Spicer.

did this interview in November 1972, at the offices shared by Peter Grant and Mickie Most, several floors above a Millets shop in Oxford Street. When I got there, Jimmy was examining the artwork for the sleeve of *Houses Of Holy*, which was giving him consternation because the hand-tinting wasn't quite right. The album was already in the can but wouldn't now be released until March, missing both the upcoming UK tour and Christmas – not that this was too much of a problem because it was guaranteed to hit No 1, no matter when it came out.

Page was the source of all the things that Mickie Most and Peter Grant were hovering in the background, making sure that the interview finished amicably, warily going to and from asking questions. I met on, I got to know Grant afterwards and I got to know him pretty well, but back then he was the huge, hirsute, intimidating presence, obviously very protective of Jimmy.

I felt very privileged to be doing the interview I always think that that many, with small-scale names magazine like *Zigzag* and I on my own was not only magazine like *Zigzag*, but his publisher, Bill Harry, who had been a mate of ours since the days when he was press officer at Oldham Records.

Afterwards, I phoned BP to tell him how well it had gone, which is when he introduced the great guitarist. He wanted me to interview a mutual friend whom a new head called Silverhead manager Michael des Barres – and of course I could hardly say no. A few years later, he drove me to a cottage in Berkshire somewhere, where they were partying, and also included Robert Plant and John Bonham, along with all expenses given at the time. That might really with a mutinous party at Plant's farmhouse, but that's another story.

*Where do you start when you go to interview a musician like Jimmy Page? At the beginning, obviously.*

Yes. I was with them when I left school, but at the travelling movie in other gigs made me ill. I used to go back in the sun. We just came to the point when I wasn't going to go on with Neil Christian anymore. I was as you had to Carl Davies who we became a group, and I wasn't far as actual significance before I came to the decision to say that was no point in going on because I was going to the same situation as feeling sick doing all these meetings and packed it in and went off to art school because I'm nearly 15 months.

Then, when I left there, I began to do sessions by day and the work that I began to realize that there's a new scene, because those were good guys who done around the area with the meeting of session bands – and I worked as a freelance. Because I was on a tour on the scene, I got bookings all over the place.

**Legend has it that you got into sessions after you were spotted playing at the Marquee**

Yeah, it was something like that. I used to go up there and play in the marquee with three other guys. We couldn't only learn each other out of the crowd we just used to meet there, and get up and play.

When you started doing sessions, could you pick and choose at all?

Not really. You'd get the sort of situation where say, a Saturday session that came when didn't really know many of the session musicians worked but that taste was a session guitar player around and you'd book me for a session and tend to be a bad toss session – most of the time, just a number or something like that, sometimes, I'd be asked to do a session for another firm and you want you to do it, and I know I'd be OK, most of the time notable sort of job, but often I'd arrive without even knowing what it was for – but I got a little more experienced, those were the sort of things I learnt to avoid. I mean, they were not a headache, things I shouldn't have been doing.

I see [illegible faded text]

I was dithering about those those other days, and I was word-wise with Neil. I'd to get so involved with the session men in the studio – because that's often their profession and most of all them is much. I wasn't really good about the Wives I can't explain session, but I was there, and all I managed to do was chuck it in to play it again on the B-side. Maybe I played used to see people like me standing on in every stage, possibly quite rising at our own level. For me Dr. Kinks didn't want me around. We always were recording at that session being at house so what you and that was being made was the piece too many people were knocking a few about too much session men. I was at so my auditions obviously, but it just asked me and that session session had its own double bad nothing.

I know, I can say that during the period of 1964 1965. I was in there spending one or two, on a lot of session – but it went into details, it would be a bit of a nuisance to the people concerned.

**Pete Townshend acknowledges your assistance on Can't Explain, but Ray Davies is adamant that you played nothing but tambourine on any of The Kinks' stuff**

That's fair enough. I don't much of a year much on

The Kinks' sounds. I know I managed to get a couple of hits on the first album, but I can't really remember. I know that he didn't really approve of my presence.

[illegible faded paragraph]

I know that Les Paul's a very handy because I had that background one, use a good range of sounds – in second rate, to be of rounds at the time. The Stratocaster is probably too light all round – now but it just took, it was the Les Paul. But I

[illegible] was take the credit for establishing The Paul sound – the sort of playing he was doing in The Blues feelers, for instance. You've seen though it must have been on our first visit to our Les Paul I didn't often get the chance to get going on it.

On the odd occasion I was able to put a bit of a distortion sound recorded on other, but it was very often, after other musicians had gone home, because the Les Paul like that, they just used to put their amps in their own the limitation were even totally its maturity – when I which is completely tied up in the session session men's of each had a chance to meet most some long. I was players and auditions and I look at me as though I was some kind of poser.

So you had no free rein at the tune – you just had to play as you were told to?

No, usually. In most cases if I'd given you a part which was written down, and sometimes it was good, but usually you'd only play it as it was written if you wanted to be really nasty. Often, the part would be awful, bad, and you know that you could do so much better – only you had the chance you'd see things that flowed and sounded better and bad news for us there. It all depended how willing the musical director was, he accepted our suggestions, you obviously had a freer hand,



This band ain't big enough for the both of us: The Yardbirds with Jeff Beck, front left, and Page

he'd been to Morocco and played with musicians over there, but I don't know if he ever got actively interested in Indian music.

Jon Kiss and I got involved in Indian music, and I had a sitar sent over from India before any of our people in pop started getting into it. I'd been to a séance. I'd been to see Ravi Shankar years before he became fashionable. Because the audience was nearly all idiots — there were only about two young people there.

**I've often read about you having a sitar, but I can't recall you ever using it on record.**

I never did, because I knew what would happen when you start using it all, and I won't wrong — it's an instrument which has been destroyed with thousands of records quickly gimmicky, will.

**You're right about the gimmick value. I remember Donovan saying he was going to retire for six months and learn the sitar, and I remember the way The Byrds paraded one at the press conference for Eight Miles High.**

Yes, but that was a great record. Personally wasn't too happy with what George Harrison used it on, although everyone else seemed to think it was incredible, but it was playing even, it wasn't until later on when he did Within You, Without You, I think that's unsurpassed to this day. No, he really did good things for Indian music, and was the one who woke people up to it on records, but it was people like Davy Graham who were into it a long before anyone else.

I can't have I used on record one or two people like Co of Doors and Jock Walker and John Lee Hooker, but that's into blues is rather than a rip. No, Album I got at one of its own — acoustic guitar — and was never into that side.

**That single you made on Fontana, She Just Satisfies — why just the one?**

I wasn't allowed to make a second one, but that single was a job, and should never have been and I have a good laugh, the only justification I can offer is that I played all the instruments myself, except the drums. I then got a single out again in 2008 or so. The other side was an emotional featuring harmonica because I got all interested in that sound that time.

Oh no, that was me to listen to, to put in my personal archive, which have quite a lot of interesting to it — let my Kidd, Cliff is met on and stuff like.

**Can you tell us about that Blues Anthology which came out on Immediate (two double albums in December 1969, a repackage of earlier single-album releases), and which has just been re-released yet again in the States?**

That was really a tragedy to me. I got involved with outsiders, producing various things, including John Mayall's, Rod Stewart, Nicky Hopkins, Eric More Blues and a couple of others found

but a great and diverse set to his instruments, and to draw his instruments.

From right: The show's latest for them, and The Birds final show had a real swell place from a genuine blunde, and I'm Not Angry was on of the Davy I asked the people who said we had a character who is it is it was Chet Atkins who said that's what it was I was interested in as well. I was guessing who were bending all those all the technicians.

**What about the new wave of British acoustic guitarists who were starting up in late '64/early '65, like Bert Jansch and John Renbourn, did you pick up on them at all?**

I want to see Bert Jansch and Gordon just as hard as I'd first released *Jack Orion* and he was great, fantastic, the only way I can tell was slowing at a side in the mix now.

He was a form of Davey's, although that he was the one who was the teacher, he was always far more

acoustic and completely did it his technique a match Davy Graham, he was the one for him and even so that a huge thing and he was with guitar strumming but you get this arrangement of Mickey Worried and I finally them the first Jansch LP. You don't strum like that and things going on, Davy Graham twice did anything like that. So it's a great clearly, impressed me very great. His first album particularly is just great from beginning to end.

**I thought that you and Davy Graham were matey in those days, and were involved in a kind of parallel development of Indian and Moroccan tunings?**

No, I was more British than Jack Mark who was one of a good friend of Davy Graham's, who'd been Moroccan.

Davy Graham never had a sitar, but he may take up on his sitar guitar and find a somewhat similar thing to the sitar thing I don't know where to get an instrument a lot I don't know that

late 1965. Eric and I got friendly, and he came down and we did some recording at home, and immediate found out that I had tapes of it and said they belonged to them, because I was employed by them. I argued that they couldn't put them out, because they were just variations on blues structures, and in the end we dubbed some other instruments over some of them and they came out - with liner notes attributed to me *on certain copies* though I didn't have anything to do with writing them. I didn't get a penny out of it, anyway.

[illegible faded text]

Stu from the Stones *Ian Stu* was on piano, Mick Jagger did some harp, Bill Wyman played bass and Charlie Watts was on drums.

**There are also tracks on there by The All Stars, featuring you and Beck and Nicky Hopkins, all credited as your compositions**

Yes - they were tapes I made had to their possession from a long time before. In fact, the Cyril Davies All Stars without their guitarist, and they were just tracks we'd done for fun after the real session was over. It was just a case of [illegible] lashing together whatever they could to fill out the albums, and I'm really embarrassed about the whole thing, because everyone thought I'd instigated it and I hadn't at all. As it was, nobody got paid for any of it.

[illegible faded text]

Yes. Paul Samwell-Smith said "I'm leaving." It was a great night, because it was at one of those silly ball things, either Oxford or Cambridge. I can't remember which - but everyone was dressed up in dinner jackets, and Keith Relf *The Yardbirds singer* got totally drunk and was rolling round the stage, grappling with the mic, blowing his harmonica in all the wrong places and was singing nonsense words... but it was great, just [illegible]. Samwell-Smith was always after much discipline and adherence to strictly rehearsed neatness, and it was just that he could take. It was the last straw, he'd just had enough and decided to quit.

**Were you there then? Did you used to go to gigs with them before you actually joined?**

Yes, I used to go to all the gigs with them because I was really into what they were doing. So it picked up in and told the others that they'd do the same if they had any sense, but they had two gigs following closely and far they had to do them and there was a case of me helping them out at a spot. I offered to play bass, though I'd never played one in my life, before. I knew that as I said, they were doing and seemed enough to get through, and then they suggested that I stay on. So I did.

[illegible faded text]

Jeff Beck, *who repeated I began* often used to say "I wish you could join, and we could play together." I agreed that it would be good, but I never took it seriously because there was this thing about five Yardbirds, and to bring in a sixth would have

des moted that it was getting to be never a real consideration that Samwell-Smith left and I took over on bass. The idea was that Chris Dreja, who was the rhythm guitarist, would learn bass and when it became proficient enough, we'd switch roles and The Yardbirds would then have two lead guitarists. That eventually materialized on The Stones' *Bizarre First Further Tour American on 23 September 1966*. A lot of people think I never played lead alongside Jeff, but in fact we played together for several months.

**So after about a couple of months, Chris Dreja was able to get around enough on bass?**

Yes - but wait a minute, it wasn't that switch was incorporated earlier than planned because of one of Jeff's collapses. We had to play this gig in San Francisco - at Hollywood moreover, I believe, and Jeff couldn't make it. So I was over lead that night and Chris played bass. It was really nerve-wracking because this was at the height on the Yardbirds reputation, and I was as close to ready to tour off on lead guitar. I was term off altogether, and when it was over, that was when Jeff recovered, it was two lead guitars from that point on.

**Did it really develop into a scowling, glaring battle, with you and Beck at opposite sides of the stage?**

No, it was never a case of trying to blow each other off, because it was trying to get it working so you had this across-the-stage picture. There was no point in doing it that that would've proved to produce sound.

[illegible faded text]

To us" the truth, I didn't even think about it. When



Led Zep apparently playing in a fireplace, Southampton University, 1971.
Photo by Barry Plummer

000017 60-00004



I'd been in Neil Christian & The Crusaders. I'd had to do things like, and of a backwards until my head touched the stage - you know, those silly things that groups used to do. In The Yardbirds we never went dancing about or anything like that. It was just a case of acting naturally, I suppose.

Looking at release dates and listening to records and so on, I've concluded that the only tracks that you and Beck played on together were Happenings 10 Years' Time Ago and Psycho Daisies (both released on a Columbia single, DB 8024, October '66). I think that's right. I played bass on Psycho Daisies and there's a bit of a story in as to how to Happenings... We were in the studio waiting for Beck to turn up, and Relf did his little bit recorded on a tape recorder, the sort of self put on the tape. Well, I worked out the riff and the structure of it, and we'd get it all ready by the time Beck eventually showed up. He just put some guitar on top of it and that was it, but I think it turned out well. There's also a double A-side on Stroll On [...] on the Blow Up soundtrack though. Page was on bass on the first side [...]

[illegible faded paragraph]

Well, on half the tracks we didn't even hear the playbacks, they were first takes. That is how it used to be done, we would spend time on singles but Mickie Most [...] thought that LPs were nothing - just something to pad out after a single.

Those last few singles didn't seem at all Yardbirdy, especially Ha Ha Said the Clown and Ten Little Indians (neither of which were released here, mercifully) Were they, in fact, Relf plus session men whom Most had got together to do the track while you were out touring?
No, it was a straight band, all of those tracks were a bit of a swindle. It happened like this. Mickie Most would say "Why don't we try to do Ha Ha Said the Clown which had been a hit for Manfred Mann, hit in a Yardbirds style and we'd say, don't be silly? But they can't Come on, let's try it, it'd be an interesting experiment, if it doesn't work, we'll keep it. Of course, no sooner had we recorded that, out it went, despite the fact that it was terrible - and out it went. It was all for days, the one line on Ten Little Indians and all the rest of it, we managed to get one more time effort out of that one. That was the sort of thing it sparked off - a lack of confidence within the group and it soon did split.

[illegible faded paragraph]

If you've heard [...] you'll know what it was stopped. There were things, it was about

happening in the record business. What happened was, Epic said to us - on Little 67 'cause we'd done five LPs - and they sent down the head of their light music department to do it. The agreement was that if it was good, they'd release it, but if not, they'd not like it was etc. Of course, it was terrible. The Bloke had done a thing like hung a live mic over the drums so most of the bass drum came out, and he'd mixed up a monitor cabinet with my guitar instead of the real one, through which I played all the fuzz and sustain notes, so all that was lost. We knew it was just a joke, when he did it. He assured us it would be amazing what can be done, electronically, he said, and then when we went to listen to the master tape, there were all the bullfight cheers dubbed out, in their turn, there was a solo, and it was just awful, so that had to dub out. There must've changed a lot of the vaults and we didn't care when someone realised that had said, introduced funny noises off and out it came. It was all too ridiculous, but it circulated and sold a few copies before we put the kibosh on it.

It's worth a lot of bread now.
I wish it wasn't. I wish people would accept for what it is, a pathetic load of crap. We did some studio work with the same guy a little later, recording Goodnight Sweet Josephine, Think About It, released here on Columbia, DB 8368 in January '68, but that was desperation, I suppose, because we were so anxious to get something, done, if only to prove to ourselves that we could still do it.

[illegible faded paragraph]

Yes, over the months before the break, Relf, particularly and McCarty had been talking about starting up a new scene. To counteract the sort of stuff I was listening to, they were into very light things like Simon & Garfunkel, The Turtles and people like that, and they wrote some songs in that vein, which they wanted to go off and record. I was in favour of us keeping the group together and tried to persuade them to stay and record their songs as The Yardbirds, because I knew we had the potential to pull it off. But they just wouldn't hear of it, any of it. Keith was really the instigator, I think, and he said this way, weird and interesting thing that I'll always remember "the magic left for me when Eric left". Now, I've always thought that The Yardbirds' best stuff came from the Beck era, when they did all that incredible experimental stuff - but anyway, they decided to go.

So you and Chris Dreja looked for some musicians so you could continue the group as The New Yardbirds?
Well, I didn't want the group to break up, and I thought there was a chance that if we made a clean sweep, we might carry on, maybe Keith... Jim would change their minds and come back, but they won't all and made that non record, probably on Paul Samwell-Smith. I can't recall their names at the moment, of that I'd stay for a bit, so get to use until a single on Columbia in late '67.

[illegible faded paragraph]

Anyway, but I can't remember anything about Paul Francis. He must've been someone who Chris had in mind. Yes, it was going to be Jerry Reid because I'd seen what a good singer he was when we toured with him [...] some Samwell-Smith [...] he was in Peter Jay & The New Jay Walkers then, but

D000153 160-00005



Gold discs for Led Zeppelin I: the band with manager Peter Grant and Atlantic Records boss Jerry Wexler

By September '68 Chris Dreja had gone off to America to become a photographer. That's presumably when John Paul Jones arrived?

**So you went out as The New Yardbirds and did a tour of Scandinavia.**

Yes but we dropped that name because we felt we were using another band's pretensions.

**Can you recall how you auditioned Robert Plant (who had been suggested as a possible singer)?**

**By that time, the musical policy of the group had been determined and presumably, to begin with, you adapted to that?**

**All you needed now was a name.**

**Let's get on to the albums. The first one (that Zeppelin recorded October '68, released February '69) was allegedly recorded in 30 hours. Can that be true and, if so, how?**

D000154 160-00006



**Did it take 30 hours because you were rushed, or was it that you were satisfied after that time?**

It was a bit of each really, partly a case of "Let's get the job done and not mess about having a party in the studio" and partly getting things as we wanted. It was a a first-take effort, we went on until we were happy with each number, but like I said, we didn't have to worry about working on arrangements because we knew the stuff already and it came out very easily.

[illegible lines]

Well, I'd done the May III single when I was a session producer for Immediate, and that had given me a limited technical knowledge, but on that first Zeppelin album, we had Glyn Johns as engineer and he did a great job on the sound, which is the most important aspect of production really. The most annoying thing that can happen is going into the studio, playing well and sounding great, and then going into the control room to listen to the playback, only to find that the recorded sound is thin and bears no relation to what was happening in the studio. Now Glyn Johns, and always has been, an engineer doing a fine sound doesn't bring him up because he's both confident and competent and so we were able to fix things up fairly quickly.

**Where did you dig up Babe I'm Gonna Leave You (a different source from Quicksilver Messenger Service)?**

I got it from the Joan Baez version, and I used to do it in the days of sitting in the darkness, playing the six-string behind Marianne Faithfull. I was told that it's a traditional song — I hope it is.

[illegible lines]

I don't know — maybe it's a misprint.

**At a time when other groups were introducing and exploring varied themes, all the songs on that album (except Black Mountain Side) were sexual – was that a deliberate policy? Like, Robert attracts the chicks with his personality and the lyrics, and the blokes are attracted by your guitar virtuosity?**

You're making it sound as though the group was programmed into a certain format. It wasn't, of course. I mean, even since the guitar became a vogue instrument, the major part of the audience has tended to be fascinated by, and involved with, the guitarist in the band. I see, the chicks used to go mad over Ricky Nelson, but the blokes were watching James Burton. When you're forming a band, you don't think how certain aspects can be exploited. Apart from anything else, it didn't quite happen for such considerations. Things just fell into place and it all went.

[faded right column]

Sort of. We'd been working solidly trying to form the concept of the group, and so I thought it was time to start the build up, or at least some time off the road. So Robert suggested going to the coast, that he'd learnt to walk in. I believe that I was much younger. He was quite a bit of a vocalist. It amazed me that I was pretty keen to get out, because I'd never given any time in Wales and I wanted to. So off we went. We took out guitars along, of course. It was just a question of "Let's go and knock off a few songs in the country" – it was time to go and have a good time. A couple of our roadies came along, so it was spent in the evening around log fires with poets, bring plunged out a bottle and that sort of thing, and as the ciders... bottom, the guitars came out and numbers were written. So though it would turn out as a working holiday, somehow it didn't come out of it and were subsequently recorded or written after.

**There's some great stuff on that, I think Tangerine is my favourite.**

Well, I made enough, that was a written at Bron-Y-Aur I mean, that came earlier, that an old emotion thing waiting, and I just doing it now in the lyrics. I did... live recording... when I was in The Yardbirds.

[faded text]

Not a whole lot, but there's some... I don't know where I am, there was never really much done, we put down the reggae track but that I mean a recording of My Baby, which I am a Joplin did. We did a good version of that, and we did quite a few with rock things which sounded alright. There is another track "Spanish Boogie", which has Jim McCarty doing the Keith Moon impersonation – that's another old one, a Spanish guitar backing. That was really good, usually takes one of those old stone singles that tried to get into our charts a few years back, but the music foundation thing going to am the usual routine... Western theme. Most of these tracks were cut in the CBS studios in New York, but it was very near to the end of the group and they were never really completed.

**Getting back to Zeppelin 3, where did you unearth the traditional song Gallows Pole (which used to be a folk club standard around 1965, with everyone from Bert Jansch to Spider John Koerner doing it)?**

That was Leadbelly I picked up the guitar. a 12-string player, who I don't, it isn't white man who picked up the instrument having been influenced by Leadbelly. There are certainly heavy Leadbelly overtones on the track and so far as I know, the album was well received. Got to go got it speeded up and tuned to Vardu, for Gibson of where he kept on at the guitar, one for another have kept it over and played because he was recorded a version for Lakota, which is very good, for me, I used his version as a basis, but the arrangement we use is mostly different, of course.

[faded text]

That arrangement then I suppose... you could say that it was restricted, but under a structured kind of screen

D000155  160-00007

**Swiftly leaping onto the fourth, I think that album is important in a number of ways principally for Robert Plant's vocals, which seems to hit a peak.**

**Yet other songs are obviously developed in a very painstaking way – like Stairway to Heaven, say. How was that written? Lyrics first. I would imagine from the metre**

**From your own experience you must realise that most "rock critics" haven't got a clue what they're talking about.**

**So many big rock stars seem extremely vulnerable to press opinion, and yet most critics have lamentably little knowledge of their subject – but I've seen Hendrix's death, the break up of Cream and all sorts of things attributed directly to the printed word.**



56

**To stay on the vulnerability/frailty of the rock star theme, it seems to me that you are unusually stable in your profession, as if you discovered how to sidestep the pressures. You've quit the ostentatious guitarist-in-the-public-eye thing and retreated, to prolong active life, as it were.** Well, I've been through all that and I have at times not had to compete fully, shared all by it all. It's not so much a question of trying to chuck my hand, or rather plodding away as being able to come over the top of it, which has never been doing things today. I suppose there a moment in each man's life as a whole, doing falls into perspective and you see everything as trivial and it got really desperate — and chanced it all the bad points. It was because you couldn't chase out. Let me see, when was it, the prolonged ... It was such press comments were not down and it was me, doing very unusual, especially when I knew I was doing the best I could.

---

Oh no. You can develop a tremendous case envy if your musical brain isn't in the right mood. I know that an awful lot of bands' words in the air make it so that it's that if you have your own business so too, and that is, you're going to have royalties coming in. So if I'm sure that I know of groups who have been waiting for years and years and another on vast money because the thing has followed. I the was down the line and it got to a sort of thing of unbracking. We, every index in that respect because we've got Peter Grant who's like a fifth member of the group, he comes on every single gig so too, which is something very few managers would ever consider doing.

---

**What about this constant living out of a suitcase — surely that can grind you down after a while? For instance, what about that Yardbirds tour you did — which was something like two gigs a night for a month?** Right. At the time it didn't seem as bad as it was. It was like one being in a group that expected that sort of thing, but I couldn't do it now. It was on the The Clark Crusade Off Stage, and it consisted of living in a bus for a month's travelling from town to town gig to gig. I got to the point where there were so many people on the bus that you got to use the toilet, you didn't have to wait — you got to the gig or the show, and the bus would stop at some convenient place along the way. We were sharing this bus with Sam the Sham and the Pharaohs, Gary Lewis and The Playboys, and a bunch of people. It was a sort of thing where you had to sleep in the luggage rack, depending on whether or not you crossed and his crew travelled by bus, at fixed times. We'd get to the gig and then some of the Brian Hyland, who opened the bus show, and we were set off on all his bus — on a gig stage. There was no time to take off anything, nothing like that. And it was a double gig if you wanted to stay in the same city, the bus was ready, sort of like a bus service. Like, it was some of the guys got on the bus which I had just come in, I mean using Brian Holland and white and so the only gig, it was ludicrous to remember how bad it was.

---

I mean when you boil it down, the real pressure comes when you're doing the best you can, and people always saying it's all crap. That really affects you to a point, and I know of other people who've probably been affected to a greater ...

---

... do but I mean it's the conflict in that it doesn't get to be just control.

**To change the subject completely, whose records do you listen to when you're just lying around at home?** Hey I rarely sit around on my own with that double album once I laugh. Like most of the tracks around. The best of the tracks ... it's for reasons and the word, the best LP at the time when there was a song of rock music, you see, and that LP stays with ... it's a case of the reasons I play Chuck Berry because I still listen to his albums and a lot of the others of all the early stuff and so on. They just remind me of a period of my younger days...

... me I know. These are sort of things like that little indications in a way that they are something about things you want to know. There's anything of interest there. And in that sense of well I travelled through things in a general way and he'd recorded a hookup and well if you're into that I'm and I'll only look for things like, or have it like then put on a few bits of different sort of other records.

---

I'm not sure there's anything that was so good, but I can say you can mix them up and they always knock me out, my songwriting and listen to a chosen group — we used the Hollies we would select you can do it for the most, most well-balanced performance, we said that ... as far as the one alike the very ... well-made and I know every night. They were the kinds of quality, even though they didn't strike me as one around like I like Spirit did, for instance.

I saw them a couple of times and thought they were very good — and that kind of does the act on a few things, and although it's the most fluid band — stuck in their head, on a set of time and they played on, the harmonies all — you said I too or it's all ... there's so much ranging just unions and ... mostly what I mean is that they had such good harmonies nothing just at the most. That...

... that ... you can mix of ... said don't over the road with all the ... some of the and work together with ... showman in his band so it's so well in this ... songs or by putting in. Avalon again and it's a band about — a fantastic thing, well I did a little ... really worked as you'd ... how top interest got it. Then it's fine or it turned down — suddenly emerges from the gig or a show ... it was so much conscious, but into ... it planned it you like, but they go on in my more — because the spirit and it has in your life.

**And their best albums were never released here! Which other American bands interested you on stage?** It's more ... and you know. They had a nice feel, and a far better — I saw an American so very close feel. It's a band's songwriter-guitarist who I'm very keen on and ... in he did a religious religious ...

---

That is not to claim — that was just a reduction, a generation — and only incredible two — it all feels forces. What happened was that was all cover a symbol and all the logos against one time the table that could. Robert's column on single — so it once, a symbol or which all sorts of photographs have been based, and which has a very interesting montage. Takes for instance it represented courage to one Red Indian tribes, John Paul Jones, Robert's the second from the left ... on a book, a few tunes, and was said in reference to from who has both, certain of different people ... which to the other star is in son — and John Bonham's one, from the man he'd one has pulled that one out, the reason.

My main was one which I designed myself, but the people in a book it for a rock 'n' roll, realising a song in the States — it refers to the record of Zoso, which is a pity because it was supposed to be a word at all, but something about a different art and with a different meaning together. Basically the whole idea there was just another reason I draw the mountains then I had to find a bass guitarist. I never went to the charts and one had to reproduce the whole artwork of a conventional style. Added to supply is that the group's with the a purple-sized block, but they didn't like it at all because a set specialised. So that album set was produced as, firstly, the title and, secondly, the fewer the wording at all — it was even the number or the name of the printer.

*Pete Frame's latest book,* The Restless Generation: How Rock Music Changed the Face of 1950s Britain, *is published by Rogan House.*



D000157

ER00009

160A

# EXHIBIT

# 160A

CASE NO. 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT 160A

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-388

## AUDIO EXHIBIT 160

# ZIG ZAG INTERVIEW WITH JIMMY PAGE [AUDIO] [PAGE] [D160]

205A

# EXHIBIT
# 205A

CASE NO. ___15-cv-3462-RGK-AGR___

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. ___Led Zeppelin et al.___

PLAINTIFF'S EXHIBIT ___205A___

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

## AUDIO EXHIBIT 205
## SPIRIT'S FRESH GARBAGE
## PERFORMANCE (FEB. 3,1970)
## (7:58) [AUDIO] [JONES]

305

CASE NO.    15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.    Led Zeppelin *et al.*

PLAINTIFF'S EXHIBIT    305

DATE _____ IDEN.

DATE _____ EVID.

BY _____

            Deputy Clerk

AO-386

EXHIBIT   305
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9970

305-00001

313

# 'Rock' Concert Is Real Groovy

### By THOMAS MacCLUSKEY
*Rocky Mountain News Music Critic*

Barry Fey did it again — a GREAT rock concert at the Auditorium Arena Thursday night with the Vanilla Fudge, Spirit and Led Zeppelin in colorful living sound!

And Feyline has nearly solved the sound fidelity problem—even on the main floor —with stationary speaker systems on the floor augmenting the group's systems on the rotating circular stage.

One hitch occurred—tangled cables underneath the bandstand pulled the plug on the Fudge and almost melted their entire performance. When repairs were completed, the clock had punched my deadline. Thus—catch the Fudge review in Saturday's Rocky Mountain News.

Spirit—quintessima strong —MUSICAL!

Everything especially interesting because of a non-ending, highly varied rhythmic continuum structured by Ed Cassidy, pile-driven by bassist Mark Andes, girded by conga drummer and filigreed by pianist John Locke and guitarist Randy California.

A UNIQUE dimension added to Spirit's performance was an effective use of varied volume levels. The result not only rendered lyrics thankfully distinguishable, but also enabled a greater variety of subtle pitched and percussive sounds to filter through the textured surface of the music.

Spirit's performance of "Mechanical World" and "Elijah" were exceptionally groovy. The latter, a jazz-oriented swinger in ¾ meter featured each of the players. Locke and Cassidy proved to be the most inventive, although Ferguson's and Andes' display of hambone performing (rhythmic slapping of the thighs and hands) was enjoyable.

A further dimension especially welcome, was the group's friendliness to the audience and humor.

THE CONCERT was cranked off by another heavy, the Led Zeppelin a British group making its first U.S. tour.

Blues oriented (although not a blues band); hyped electric, the full routine in mainstream rock—done powerfully, gutsily, unifiedly, inventively and swingingly (by the end of their set).

Singer Robert Plant—a cut above average in style, but no special appeal in sound. Guitarist Jimmy Page, of Yardbirds fame—exceptionally fine. Used a violin box on the guitar strings in a couple of tunes with resultant interesting, well integrated effects.

Bassist John Paul Jones— solid, involved, contributing. John Bonham—a very effective group drummer, but uninventive, unsubtle and unclimactic in an uneventful solo.

Thanks, Barry!

CASE NO. 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT 313

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-306

PLUS
DICK BOGARDE IN
OUR MOTHER'S HOUSE
SHOWN 7:15 ONLY!
Ample Free Lighted Parking

TABOR
Fine Arts Theater
3333 WEST ALAMEDA • 936-6314

EXHIBIT 313
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9978

D000136

313-00001

314

CASE NO. 15-cv-3462-RGK-AGR
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT _____ 314

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-386

EXHIBIT 314
WIT: Ferguson
DATE: 1-9-16
DAYNA HESTER, CSR 9970

D000202

*A Collage Of Sights And Sounds*

# Atlanta Pop 'Greatest Musical Fair Ever?'

**By CYNDI ZARCO**
Hurricane Entertainment Editor

Approximately 120,000 hip people trekked to the Atlanta Raceway last weekend for the Atlanta International Pop Festival, two days of solid sounds, rest, and suffering.

Billed as the greatest musical fair ever, it lived up to expectation — though what with top groups like Led Zeppelin, CTA, Creedence Clearwater Revival, Chicago, Heat plus superrock stars as Janis Joplin and Al Kooper.

Performing in near 100 degree temperature, the musicians managed to satiate the multi-crowd. However, despite the free camping and watermelons (facilities were almost nonexistent. Freaks were bathing in murky lakes, sucking on ice cubes and popping salt tablets to keep cool. Casualties ranged from heat strokes to bummer trips to an unfortunate miscarriage, and an ambulance seemed to be always in front of the clinic.

On top of it all, on Friday night, July 4, all the power went out for about a half hour, delaying River had just begun to set and was cut off in the middle of his second number. The audience became impatient especially with River drummer who evidently wasn't prepared to do a 50-minute drum solo. However, cool prevailed, the show continued until close to five in the morning.

Saturday's line-up included Spirit, Led Zeppelin, Blood, Sweat and Tears, CTA, Joe Cocker, Janis Joplin, plus repeat performance by Sweetwater, Delaney and Bonnie, and Pacific Gas and Electric.

Led Zeppelin received several standing ovations and was called back to do more. Janis and her new band tore everybody's mind.

The atmosphere backstage was happening. Groups and groupies mingled with the pseudo-press and the hip hierarchy. Food and drinks were passed around and carried fame to and from gigs. Outside, kids huddled close to the stage, now and then one catapulted onstage providing a free show or obstructing one.

During the daylight hours which usually lasted until nine in the evening, makeshift tents sprouted like mushrooms. A water hose provided free showers and a good dousing, and a few johnny-on-the-spot closets added a touch of reality to the festival.

A menagerie of sorts inhabited the grounds: straight cats, Haight cats, tawny boppers, Plaketon coppers, vegetarians, and Aquarians, all were sporting or communingly so. Consider Atlanta ZAPPED!

316



# SEATTLE POP FESTIVAL

## FRIDAY, JULY 25, 1969

CREME BYRDS
BO DIDDLEY
FLYING BURRITO BROTHERS
TEN YEARS AFTER
GUESS WHO
MURRAY ROMAN

ALBERT COLLINS
SANTANA
YOUNGBLOODS
TIM BUCKLEY
IT'S A BEAUTIFUL DAY
BYRDS

## SATURDAY, JULY 26, 1969

FLOATING BRIDGE
CHARLES LLOYD
SANTANA
ALBERT COLLINS
THE FLOCK
IT'S A BEAUTIFUL DAY

IKE AND TINA TURNER REVUE
GUESS WHO
BO DIDDLEY
LONNIE MACK
CHICAGO TRANSIT AUTHORITY
CHUCK BERRY

TIM BUCKLEY

## SUNDAY, JULY 27, 1969

BLACKSNAKE
YOUNGBLOODS
GUESS WHO
SPIRIT
BO DIDDLEY
VANILLA FUDGE
THE FLOCK

ALBERT COLLINS
FLYING BURRITO BROTHERS
IKE AND TINA TURNER REVUE
CHARLES LLOYD
LED ZEPPELIN
LEE MICHAELS
DOORS

CHUCK BERRY

*LIGHTS BY THE RETINA CIRCUS*

CASE NO. 15-cv-3462-RGK-AGR
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT 316

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-388

CASE NO. 15-cv-3462-RGK-AGR

D000119
LED♦ZEPPELIN.COM

EXHIBIT 316
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9970

316-00001

318

BOYD GRAFMYRE PRESENTS THE FIRST ANNUAL

# SEATTLE POP FESTIVAL

CHUCK BERRY
BLACK SNAKE
TIM BUCKLEY
ERIC BURDON
THE BYRDS
CHICAGO TRANSIT AUTHORITY
ALBERT COLLINS
BO DIDDLEY
THE FLOCK
FLYING BURRITO BROTHERS
GUESS WHO
IT'S A BEAUTIFUL DAY
LED ZEPPELIN
CHARLES LLOYD
MURRAY ROMAN
SANTANA
SPIRIT
TEN YEARS AFTER
IKE & TINA TURNER
THE YOUNGBLOODS

## 25, 26, 27 JULY
## GOLD CREEK PARK
## WOODINVILLE, WASHINGTON

CASE NO. 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT 318

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-388

EXHIBIT 318
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER CCR (?)

319

CASE NO. _____
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. _____ Led Zeppelin et al. _____

PLAINTIFF'S EXHIBIT _____ 319

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                    Deputy Clerk

AO-386

# The Texas International
# POP FESTIVAL

| SATURDAY | SUNDAY | MONDAY |
|---|---|---|
| August 30 | August 31 | September 1 |
| Canned Heat | Chicago Transit Authority | Crosby, Stills, Nash & Young |
| Chicago Transit Authority | James Cotton | Delaney & Bonnie & Friends |
| James Cotton Blues Band | Delaney & Bonnie & Friends | B. B. King |
| Janis Joplin | Incredible String Band | Nazz |
| B. B. King | B. B. King | Sly and the Family Stone |
| Herbie Mann | Led Zeppelin | Spirit |
| Rotary Connection | Herbie Mann | Sweetwater |
| Sam & Dave | Sam & Dave | Ten Years After |
| | | Tony Joe White |

## FREE CAMPING NEARBY
light show by Electric Collage
stage and sound by Hanley

## LABOR DAY WEEKEND
## AUG. 30-31, SEPT. 1
## 3 BIG DAYS
Dail · 4 P /A

## DALLAS INTERNATIONAL MOTOR SPEEDWAY

## INTERSTATE 35 E    only 12 miles north of Dallas

EXHIBIT 319
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9970

319-00001



319-00002

# 'Pop' Festival Eyes Big Crowd

LEWISVILLE. Tex. (AP) — With an anxious eye cast at White Lake, N. Y., promoters of the Dallas International Pop Festival prepared for an influx of up 125,000 persons Saturday.

The three-day festival, starring some of the top names in rock music, gets underway Saturday and is scheduled to end Monday, Labor Day.

The talent lineup includes Canned Heat, Chicago Transit Authority, James Cotton Blues Band, Janis Joplin, B. B. King, Herbie Mann, Rotary Connection, Sam & Dave, Led Zeppelin, Delaney & Bonnie & Friends, Incredible String Band, Johnny Winter, Nazz, Sly & The Family Stone, Spirit, Sweetwater, Ten Years after, Freddie King and Tony Joe White

Promoters say this festival will not be like that at White Lake, N. Y., where crowds swamped the festival grounds.

Unlike White Lake, the grounds at this small town about 15 miles north of Dallas, are on a major interstate highway

Gary Buckner, one of the promoters, said about 20,000 persons had bought tickets Friday. He estimates between 65,000 and 100,000 will attend but facilities are prepared for 125,000.

Large groups of long-haired young people started arriving Monday in the camp grounds which surround a large lake, Garza-Little Elm Reservoir, near the festival grounds.

Usually over the Labor Day weekend thousands of persons flock to the federal camp grounds around the lake but park rangers say with hundreds of acres of parkland available they see no crowding problems.

Highway Patrol Capt. W J White said he is reducing coverage over his 12-county district during the Labor Day weekend to put one-third of his force at Lewisville

"We have a responsibility on these long holiday weekends to keep the drunks off the highways to save lives. It's going to stretch us pretty thin to cover the district and this festival." he said.

319 319-00003

Case: 16-56287, 06/28/2017, ID: 10491385, DktEntry: 35, Page 44 of 107

## Festival in Review:

# Groups Grooved At Pop Festival

By ANN SACK

It's all over but the shouting [illegible] weekend. [illegible] are probably still talking about [illegible] at the Texas International Pop Festival.

For the Pop-In participants [illegible] memories to share. An [illegible] feeling [illegible] developed over the 3-day period that [illegible] meaning of brotherhood.

[illegible] selections from [illegible] sound [illegible] compared [illegible] sounds.

Heavy [illegible] the weekend but each group [illegible] ed its own [illegible].

[illegible] Ice White and [illegible] forth that downhome sound [illegible] Delta Salad [illegible] Among other [illegible] sentimental [illegible].

FOR JOHNNY Winter [illegible] might have [illegible] Monday [illegible] the same stage [illegible] announced that coming back to the happy, open atmosphere of the Pop Festival was "unbelievable." There's nothing shy or [illegible] about [illegible]. Although [illegible] he [illegible] one of the few [illegible].

Janis Joplin [illegible] as a conquering [illegible] coming home. Her performance late Saturday night won her the title of Queen of the Festival [illegible]. Her overwhelming personality as well as her undeniable talent brought to life the [illegible] crowd.

B. B. King, a veteran of the concert circuit, delivered a lively show each night of the Pop-In. He told the crowd that he was honored and flattered to have been asked to appear all three nights, something he had never been signed to do before, and his gratitude was evident in his act. King is obviously a perfectionist when it comes to music. And despite distractions in the crowd, he strongly commanded their attention.

THE LABOR DAY crowd handed 10 Years After the finest possible review — two encores. The group's strong point is their virtual control of the audience. When the crowd's response, which they themselves generate on purpose, over-power their music they softly generate quiet but active attention. Unfortunately, this quality cannot quite be captured on wax.

A group that utilizes gimmicks so profusely often ends up relying on that alone. Sweetwater turned on the participants by distributing souvenirs like frisbees and candy bars. But to say that Sweetwater lit up the crowd would be an understatement. Long before they asked the folks-out-there to strike matches they had generated thousands of excitement-kilowatts with their matchless, tight music.

Delaney & Bonnie & Friends gained thousands of additional "friends" in their two appearances. They have managed to strike a fine balance between country-blues harmony and rock background. And their use of brass punctuates the vocals. This impeccable interplay will bring the versatile friends to the fore.

Unlike the proverbial balloon, Led Zeppelin flew high late Sunday night. "Communication Breakdown" was only one of the fine numbers they offered. They tended, however, to drag their heavy interludes out a little too in their lengthy but superb segment of the Festival. The versa long. But even this could not dull the crowd's appreciation.

ROTARY CONNECTION spun through many different moods. The group, strong in many areas, climaxed their performance with their own rendition of "Ruby Tuesday."

Early Tuesday morning, Sly & the Family Stone ended a truly super Festival. It took the stage crew a full hour merely to ready the equipment, but it was well worth the wait. Because of the extreme late hour they could not perform nearly as long as the audience seemed to want them to. But they ended both their stint and the entire 3-day experience with "Higher." Although the crowd was long on its feet, the mood continued to soar.

For us "everyday people," "Higher" well could have been the theme of the first annual Texas International Pop Festival. [illegible] the entire Festival [illegible] Labor Day weekend 1969 [illegible].

—Dallas News Staff Photo

Dallas News photographer Robert Shaw is responsible for this unusual study of Pop Festival headliner Janis Joplin. The great blues singer drew standing ovations during her appearance and Shaw captured her in a characteristic singing posture.

UNDERGROUND MOVIES
Not Suitable for Young Persons
Box Office Opens 10 A.M.
SOUND FEATURE THIS WEEK!
"SEAT OF PASSION"
plus
"PARK OF PLEASURE"
CINNE ARTS THEATER
1729 So. Ervay 426-6490
Free parking 1 blk. so. of Theater

PLAZA CARROLLTON Ph. 242-3777
"THE MALTESE BIPPY"
7:15-9:25—In Color
Rowan and Martin

FILMED IN DALLAS IN COLOR
ADULTS ONLY

REX 525 West Jefferson
OPEN 12:30 NOON
$1.50 TILL 1 P.M. Couples Welcome
Not Suitable for Young Persons
Don't Miss It! Ends Thursday
THE FIRST ADULT FILM ABOUT THE ADULT FILM INDUSTRY ITSELF!
STARLET
Co-Hit "SMOKE AND FLESH"

Chateau
Held Over 2nd Big Week!
"TRUE GRIT"
John Wayne—Glen Campbell
Kim Darby—In Color

Buena Vista
"THE MALTESE BIPPY"
Rowan & Martin—Color

• SMOKING IN BALCONY
• PLENTY FREE PARKING
DELMAN
Lemmon at No. Tollway
Open 7:00—In Color
Feat. 7:25-9:40
"TRUE GRIT"
John Wayne—Glen Campbell
and Kim Darby

319-4 319-00004



319-00005

SHOWCO AND INTERNATIONAL POP FESTIVALS, INC.
Presents

TEXAS INTERNATIONAL POP FESTIVAL

GOOD ONLY
SUN. AUG. 31
DAILY 4:00 P.M.

No 38263

ADVANCE SALE
IF STUB DETACHED

$6.00 Advance
$7.00 at Gate
GENERAL ADMISSION

DALLAS INTERNATIONAL SPEEDWAY 1-35 NORTH OF DALLAS

319-00006



TEXAS INTERNATIONAL POP FESTIVAL 1969

Tues., Sept. 2, 1969



—Associated Press WIREPHOTO

STARRY-EYED FAN—Oblivious to the 90-plus-degree heat, a furry-capped fan gets an eyeful while making the scene at the Texas International Pop Festival in Lewisville, Tex., Sunday.

# Tex. Rock Festival Peaceful

### By JEFF MILLER
The Press-Chicago Daily News

Lewisville, Tex.—Texas' contribution to the Labor Day weekend rush of rock festivals was the Texas International Pop Festival which finished a three-day run here yesterday at this town of 10,000 about 20 miles north of Dallas.

Interpop Superfest, Inc., and Showco, Inc., producers of the show, estimated attendance at almost 200,000. Janis Joplin, Johnny Winter, Led Zeppelin, Canned Heat and the Chicago Transit Authority were the headliners of the festival. But like the recent Woodstock festival, the biggest show happened offstage.

MANY of the festival goers spent the weekend at the gar-za-little Elm Reservoir campgrounds maintained by the U.S. Corpol of Engineers about five miles north of the festival site at Texas International Speedway.

Early arrivals, having read the stories in the national press on Woodstock, wasted no time going swimming in the nude and breaking out the drugs. By Sunday afternoon, one could very well, as it was said about Woodstock, "get stoned just sitting there."

Police were lenient on drug usage at the campground and the festival site, even though usage of marijuana and hard-er drugs was open. Lewisville city police, augmented to 100 by reserves and off-duty Dallas officers, confined most of their activity to handling traffic, which grew heavy but unlike Woodstock, was never unmanageable. Festival promoters had advertised parking places for 40,000 cars on the speedway grounds.

POLICING of the festival site and the campground was provided by the festival's own hippo security force, called the "family." Girls in bikinis with red cross armbands took youths suffering bad drug trips to the "trip tent" maintained by the Hog Farm, a New Mexico hippie commune which performed a similar function at Woodstock.

The Hog Farm also ran the free kitchen at the campground where those who couldn't raise the 50 cents a festival food concessionaire charged the live-or-more got their free handouts. [...illegible...] festival.

Page 36—MELODY MAKER, February 7, 1970

# NEWS EXTRA

LED ZEPPELIN vocalist Robert Plant was hurt in a road crash on Saturday, returning from Mothers Club, Birmingham, where he had been to see Spirit.

A mini van and his Jaguar collided and both cars were written off. Plant was taken to Kidderminster Hospital with a badly cut face and smashed teeth, but he discharged himself on Monday, and is spending this week convalescing at home. He hopes to be fit for Zepplin's concert at the Usher Hall, Edinburgh on Saturday.

CASE NO. 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT 321

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

EXHIBIT 321
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9970

373



CASE NO. 15-cv-3462-RGK-AGR
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin *et al.*

PLAINTIFF'S EXHIBIT 373

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-386

 Stereo

 CBS
63278

 SPIRIT

**MARK ANDES—BASS & VOCALS**
**CASSIDY—DRUMS & PERCUSSION**
**RANDY CALIFORNIA—GUITARS**
**JOHN LOCKE—KEYBOARD**
**JAY FERGUSON—VOCAL & PERCUSSION**

**SIDE 1**
FRESH-GARBAGE/Ferguson
UNCLE JACK/Ferguson
MECHANICAL WORLD/Andes & Ferguson
TAURUS/California
GIRL IN YOUR EYE/Ferguson
STRAIGHT ARROW/Ferguson

**SIDE 2**
TOPANGA WINDOWS/Ferguson
GRAMOPHONE MAN/Ferguson, Locke,
California, Andes & Cassidy
WATER WOMAN/Ferguson
THE GREAT CANYON FIRE
IN GENERAL/Ferguson
ELIJAH/Locke

Producer: Lou Adler
Strings & Horns Arranged By Marty Paich
Engineers: Eirik Wangberg, Armin Steiner
& Mike Leitz
Album Design: Corporate Head
Art Director: Tom Wilkes
Cover Photo: Guy Webster
Back Cover Photo: Jay Thompson
Assisted By Terry Clements/Marshall Blonstein/Doug Wallack

**EXHIBIT**
**373**

L. Mueller
1-22-16

CBS is a Trademark of the Columbia Broadcasting System,
Inc., U.S.A.

Printed and made by Ernest J. Day & Co. Ltd., London, W.31. Patent Pending

BE PLAYED ON TODAY'S MONO RECORD PLAYERS WITH EXCELLENT RESULTS. THEY WILL LAST AS LONG AS 373-00001

500-1

**Chromatic line**

**Dido's Lament** (six chromatic pitches)

A     G#     G     F#     F     ↓     → A

**Taurus** (five chromatic pitches)
A     G#     G     F#     F          D A
**Stairway** (five chromatic pitches)
A     G#     G     F#     F          G A

Both Taurus and Stairway use a minor chromatic descending bass line through first 5 pitches and return to the tonic (A minor) without passing through E, which is the the typical cadence.

"Tonic" is the musicological term for the central tone or pitch of the *key*.

**Both Taurus and Stairway are in the key of A minor, so the "tonic" is A.**

CASE NO. ___15-cv-3462-RGK-AGR___
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.     Led Zeppelin et al.

PLAINTIFF'S EXHIBIT ___~~400~~ 500___

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                    Deputy Clerk
AO-386

501-1

**CHROMATIC LINES (Data derived from Ferrara reports)**

**Taurus** [Ferrara 2/10/16 Mus Ex 1, Attachment B p. 2]

A  G#  G  F#  F        D  A

**Stairway** [Ferrara 2/10/16 Mus Ex 1, Attachment B p. 2]

A  G#  G  F#  F        G  A

**"OTHER ART" CITED BY FERRARA**

**Dido's Lament** (all six chromatic pitches) [Ferrara 2/10/16, Mus Ex 2, Attachment B p. 6; Visual Exhibit D]

A  G#  G  F#  F  ↓⬛ ⇢ A

**Michelle** [Ferrara 2/10/16 Mus Ex 14 Attachment D p.8]

A  G#  G  F#  F  ↓⬛ → A (major)

**Walkin' My Baby Back Home (trombone part)** [Ferrara 2/10/16 Mus Ex 6, Attachment B p. 14]

A  G#  G  F#  F  ↓⬛ ⇢ A

**It Don't Mean a Thing (If It Ain't Got That Swing)** [Ferrara 2/10/16 Visual Exhibit H]

A  G#  G  F#  F  ↓⬛ ⇢ A

**Chim Chim Cher-ee** [Ferrara 2/10/16 Mus Ex 4, Attachment B p. 10]

A  G#  G  F#  F  ↓⬛  D#  ↓⬛ → A

A  G#  G  F#  F  ↓⬛ ⇢ A

**Cry Me a River** [Ferrara 2/10/16 Mus Ex 13, Attachment D p. 8]

A  G#  G  F#  F  G C ↓⬛ ⇢ A  G#  G  G#  F ↓⬛ ⇢ A

**How Insensitive** [Ferrara 2/10/16 Mus Ex 5, Attachment B p. 12; Visual Exhibit F]

A  G#  G  F#  F  Bb  B ↓⬛ ⇢ A

**To Catch a Shad** [Ferrara 6/1/16 Audio Exhibit 3; Mus Ex 1, p.9]

A  G#  G  F#  F  ↓⬛ → A ↓⬛ ⇢ A

**What Are You Doing the Rest of Your Life** [Ferrara 2/10/16 Visual Exhibit L]

A  G#  G  F#  F  D  B  ↓⬛ ⇢ A

502-1

**Harmony ("chords")**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Taurus** | Amin | Amin/G# (G#*) | Amin/G (C/G) | $D^7$/F# | F5 | D5  A5 |
| **Stairway** | Amin | Amin/G# (G#*) | Amin/G (C/G) | D/F# | Fmaj7 | G A |

Bass line and chords have durations of two beats for each of the first four pitches (A, G#, G, F#) and harmonies and four beats for the fifth (F) before returning (cadencing) to A minor in the the fourth measure.

The chords, as can be seen above, are almost identical.

502-0001

503-1

Ferrara Harmony Comparison
Report 2/10/16 Attachment B p. 3

|  | 1st measure | | 2nd measure | |
|---|---|---|---|---|
| "Taurus" D.C.: | Am | G#+ | C/G | F#o7 |
| "Stairway": | Am | G#+ | C/G | D/F# |

|  | 3rd measure | 4th measure |
|---|---|---|
| "Taurus" D.C.: | (F in bass but no chord) | (D in bass, no chord) A5 |
| "Stairway": | Fmaj7 | G/B Am |

CASE NO. 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT 503

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO-386                         Deputy Clerk

503-0001

506-1

Example 6          Ferrara's "most creative and memorable" part of "Stairway" melody also
                                          found in "Taurus"



CASE NO.     15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.          Led Zeppelin et al.

PLAINTIFF'S EXHIBIT _____ 506

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO-386                    Deputy Clerk

508-1



D040443

EXHIBIT
2704
5/27/16

508-0001

509-1

Arpeggios (broken chords) and melodies in Stairway and Taurus

| BEAT | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAURUS | ■ | ■ | C | A | E | C/B | A | ■ | ■ | | A | E | D | | C | A |
| | A | | E | C | G# | | E | C | G | C | E | ■ | ■ | C | E | C |
| STAIR-WAY | | C | E | ■ | ■ | | E | C | ■ | ■ | E | C | ■ | ■ | D | A | F# |
| | A | | | | G# | | | | G | | | | F# | | | |

Arpeggios or chord tones are highlighted in **yellow**
Melodic two-note sets or pairs from Stairway that are also present in Taurus highlighted in ■■■■

CASE NO. **15-cv-3462-RGK-AGR**

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.  Led Zeppelin et al.

PLAINTIFF'S EXHIBIT  509

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                    Deputy Clerk

AO-388

511-1

**Pitch inventory 1st measure**

| "Taurus" 14 pitches total | | | "Stairway" 9 pitches total | | |
|---|---|---|---|---|---|
| pitch | occurrences[1] | % | pitch | occurrences | % |
| A | 3 | 21.5 | A | 2 | 22 |
| B | 4 | 28.5 | B | 2 | 22 |
| C | 3 | 21.5 | C | 2 | 22 |
| E | 3 | 21.5 | E | 2 | 22 |
| G# | 1 | 7 | G# | 1 | 11 |

**Pitch inventory 2nd measure**

| "Taurus" 14 pitches total | | | STH 9 pitches total | | |
|---|---|---|---|---|---|
| pitch | occurrences[2] | % | pitch | occurrences | %[3] |
| C | 6 | 43 | C | 3 | 33 |
| E | 3 | 21.5 | E | 1 | 11 |
| A | 2 | 14 | A | 1 | 11 |
| D | 1 | 7 | D | 1 | 11 |
| G | 1 | 7 | G | 1 | 11 |
| F# | 1 | 7 | F# | 2 | 22 |

---

[1] Two A's are played simultaneously on the first beat of "Taurus"

[2] Two F#'s are played simultaneously on the third beat of the second measure of "Stairway."

[3] Because of rounding to nearest half percent, percentages may not total exactly 100.

**511-0001**



British musician Carmassi and visits members of the rock group after their performance in Milton Keynes, England, circa 1980s. (L-R) talk on the

January 01, 1980

535-0001



Artist: Led Zeppelin
Date: 1968-12-30
Venue: Gonzaga University, Kennedy Pavilion
Location: Spokane, Washington U.S.A.

01. The Train Kept A Rollin'
02. I Can't Quit You
03. As Long As I Have You w/ Fresh Garbage
04. Dazed and Confused
05. White Summer
06. How Many More Times
07. Pat's Delight

524V

# 544V

## Hanson Performing Stairway

525v

# 525V

## Hanson Performing Taurus Deposit Copy

527v

# 527V

## Taurus Deposit Copy Bass Clef

527X

# 527X

## Comparison - Taurus Bass Clef Played with STH by Hanson



2704



DEC 22 1967

CASE NO. 15-cv-3462-RGK-AGR
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin *et al.*

PLAINTIFF'S EXHIBIT _____ 2704

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO-308          Deputy Clerk

TAURUS

Hollenbeck Music Co
(c) 1967.

D040443

2704-0001

2705

3.    The four-measure chord progression in "Taurus" (identified in Musical Example 1 by chord symbols placed above the measure times in Section A1 and iterated one time in Section A2. progression in "Stairway" is also identified by chord symbol measures in Musical Example 1, and is iterated two time times in Verse 1, and one time in the Interlude.  Starting four-measure chord progression in "Stairway", the additic notes that alter the harmony as compared with the first it acoustic guitar alone through measure 3.

CASE NO.  15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the Randy Craig Wolfe Trust

VS.  Led Zeppelin et al.

PLAINTIFF'S EXHIBIT _____  2705

DATE _____  IDEN.

DATE _____  EVID.

BY _____

Deputy Clerk

### MUSICAL EXAMPLE 1

Four-measure chord progressions

Top two lines = Section A in "Taurus" with note values halved

Lower two lines = Measures 1–4 in "Stairway"



4.    The four-measure chord progressions in "Taurus" and "Stairway" are charted immediately below.[2]  Notably, the chord progression in the second half of the

---

[2]    Chord symbols without a slash ("/") after a letter are in "root" position in which the name of the chord is the lowest note. (The lowest note of a chord is sometimes termed the "bass" note although this does not have to actually be played on a bass.)  Chords symbols with a slash ("/") are not in "root" position.  Instead, the lowest note is the note

EXHIBIT 1
23



2

2705-0001

2708



# STAIRWAY TO HEAVEN

Words and Music by
JIMMY PAGE
ROBERT PLANT

E u 301137

JAN 20 1972

Copyright ©1972 by SUPERHYPE MUSIC, INC., 1841 Broadway, New York, N.Y. 10023
International Copyright Secured    Printed in U.S.A.    All Rights Reserved

D000562

2708-0001



D000563



D000564
2708-0003



D000565

2708-00



DEPOSITION
EXHIBIT
2951
5.3.16    4W



**RICHMOND, VA.**
**NEWS-LEADER**
— D. 125,938 —
RICHMOND METROPOLITAN AREA

JUN 7 1969

## *Blending of Talent*

# Led Zeppelin: Split-Group Product

**By MIKE GORMLEY**

NEW YORK — In this super star, super group era, in this world of rock where tensions and temperaments run high (as one can get them), the mergings of various and famed artists, musicians and composers are now as frequent as their splits. Led Zeppelin, born last year, is a case in point.

The group was a blending of talent with the highest ratings in pop. Jimmy Page has been a Yardbird, a studio back-up man for the likes of Mick Jagger and Keith Richard, the Kinks, Donovan and others. He had had experience in production, doing an lp with Eric Clapton before Cream. That was "Witch Doctor" and "Telephone Blues," two of the finest tracks ever recorded in England.

John Paul Jones had been an arranger with Jet Harris and Tony Meehan, also for Donovan's "Mellow Yellow," "Sunshine Superman," and "Hurdy Gurdy Man," the Stones' "She's a Rainbow," and two tracks on "Their Satanic Majesties' Request."

John Bonham had drummed for Tim Rose on "Hey Joe," some of the greatest drumming ever.

Lead vocalist Robert Plant is one of the strongest singers around. Led Zeppelin's publicity claims, "His voice is so powerful that when the speakers broke down in Sweden, you could still hear his voice in the back of the auditorium over the entire group." It can be believed.

**BASICALLY HARD ROCK**

Led Zeppelin had a lot going for them. It paid off very quickly. The group is currently one of the hottest bands on the circuits.

"We are basically a hard rock group," said Jimmy Page, lead guitarist. "Rock is refreshing and exciting. I've always been a rock musician. I can't really play anything else. When rock is on you can't pull away from it.

"We'd only been together three weeks when we recorded the album," Page went on. Led Zeppelin's first lp is full of that hard-driving sound that's wowing concert audiences.

"Actually, our stage show consists of about 50 per cent of the tunes on the album," said Page. "We are in the middle of recording a new one which will be different, but still basically rock. We are doing the same thing with this album; going into the studio and jamming until we come up with what we like. We have three or four tracks done now."

**'KIND OF FUNNY'**

Page reflected on Zeppelin's success. "It's kind of funny. On our first tour around, we played second fiddle to other groups. Last time we were the second group and Spirit was the third. Now we've each gone up one notch." On the current tour, Spirit has second billing.

Page admitted to liking American audiences better than British. "North American audiences are much more appreciative of what you are trying to do. Clubs are better to play because it is easier to get across to your audiences, but if you can make a concert work, then, of course, you get to more people at one time."

Page feels British audiences are becoming more aware. "There are a few certain places in England where you'd find people who realize what is going on musically. But the clubs are small so there aren't that many people really aware."

**MANY 'EX' PLAYERS**

I asked him about the Yardbirds' break-up, one of the first major rock splits, perhaps a trend-setter. Eric Clapton fell away, followed by Jeff Beck, Page remaining for a while, then the whole band ended. "I didn't really want the break-up," Page recalled. "But the others just didn't want to continue recording or anything under the name of the Yardbirds."

The rock scene is now peppered with ex-Yardbirds, ex-Cream, ex-Buffalo Springfield and ex-almost-every-other-group-on-the-charts. They seem almost propelled in their willingness to form new associatons and the comings and goings of rock groups and their personnel is often dizzying. Some feel that many artists are getting sick of the whole scene and don't care what they do. Some predict that, like jazz of another era, people will get bored and turn to other forms of music.

Page doesn't think that will happen.

"You see, people couldn't really relate to jazz. It was nice to listen to or sometimes dance to, but after a while, everything had been heard. People can relate to rock mainly because of the words. Jazz didn't really have words. People can listen to what is being said now."

Led Zeppelin is easy to relate to. Though inventive musically, the band sticks to basic, bluesy rock with understandable, universalistic lyrics. What keeps all the elements together is Led Zeppelin's power, a force of control over all their music.

This is the excitement in rock Page was talking about, and it's a big part of Led Zeppelin's sound.

Copyright 1969, PSS Inc.



**SPLIT PRODUCT BAND LED ZEPPELIN SCORES**
Pop Scene Photo

100165A

# 100165A

ZigZag Interview about Bron-Yr-Aur

100164A

# 100164A

### BBC Arms of Atlas Interview with
### Page, Plant, and Jones

SUMMARY JUDGMENT
AUDIO EXHIBITS 6-47

## Summary Judgment Audio Exhibits 6 – 47
## Please see DVD Enclosed in Binder Pocket and Submitted to Court
# SUMMARY JUDGMENT - AUDIO EXHIBITS

**Audio Exhibit 6:**
Live performance of Led Zeppelin playing Fresh Garbage 1-10-1969

### AUDIO EXHIBITS – COMPARISON AUDIO
**Audio Exhibit 7:**
Stairway to Heaven (0 seconds – 25 seconds)

**Audio Exhibit 8:**
Taurus (45 seconds – 1 minute, 13 seconds)

**Audio Exhibit 9:**
8 measures of Stairway from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 10:**
8 Measures of Taurus from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 11:**
8 measures of Stairway and Taurus played together from note 1 of the acoustic guitar, repeated multiple times

### AUDIO EXHIBITS - RE-RECORDING OF STAIRWAY TO HEAVEN

| | |
|---|---|
| **Audio Exhibit 12:** | **Acoustic Guitar** |
| **Audio Exhibit 13:** | **Bass** |
| **Audio Exhibit 14:** | **Drums** |
| **Audio Exhibit 15:** | **Electric 12 Strings** |
| **Audio Exhibit 16:** | **Electric Piano** |
| **Audio Exhibit 17:** | **End Guitar** |
| **Audio Exhibit 18:** | **Les Pauls** |
| **Audio Exhibit 19:** | **Recorders** |
| **Audio Exhibit 20:** | **Slide** |
| **Audio Exhibit 21:** | **Solo** |

### AUDIO EXHIBITS - RE-RECORDING OF TAURUS

| | |
|---|---|
| **Audio Exhibit 22:** | **Acoustic Guitar** |
| **Audio Exhibit 23:** | **Cello 1** |
| **Audio Exhibit 24:** | **Cello 2** |
| **Audio Exhibit 25:** | **Cymbal** |
| **Audio Exhibit 26:** | **Flute** |
| **Audio Exhibit 27:** | **Harpsichord** |
| **Audio Exhibit 28:** | **String Bass** |
| **Audio Exhibit 29:** | **Viola** |
| **Audio Exhibit 30:** | **Violins** |

# Summary Judgment Audio Exhibits 6 – 47
## Please see DVD Enclosed in Binder Pocket and Submitted to Court

### AUDIO EXHIBITS – ALEXANDER STEWART

| | |
|---|---|
| **Audio Exhibit 31:**<br>"Stairway to Heaven" (album) | (Previously: Audio Exhibit A) |
| **Audio Exhibit 32:**<br>"Taurus" (album) | (Previously: Audio Exhibit B) |
| **Audio Exhibit 33:**<br>Taurus Live at Ash Grove (7/10/1967) | (Previously: Audio Exhibit E) |
| **Audio Exhibit 34:**<br>Taurus Live at Ash Grove (7/31/1967) | (Previously: Audio Exhibit C) |
| **Audio Exhibit 35:**<br>Taurus Live at Ash Grove (8/8/1967) | (Previously: Audio Exhibit D) |
| **Audio Exhibit 36:**<br>Taurus Demo Recording (8/1967) | (Previously: Audio Exhibit H) |
| **Audio Exhibit 37:**<br>Taurus Live at Kaleidoscope (4/5/1968) | (Previously: Audio Exhibit F) |
| **Audio Exhibit 38:**<br>Taurus Live at The Time Coast | (Previously: Audio Exhibit G) |
| **Audio Exhibit 39:**<br>Taurus Live at Acoustic (1996) | (Previously: Audio Exhibit H) |
| **Audio Exhibit 40:**<br>Combination – Acoustic Taurus Synced to STH SR – Part A, played over Master SR of STH | (Previously: Audio Exhibit J) |
| **Audio Exhibit 41:**<br>Acoustic Taurus Synced to Master SR of STH – Part A | (Previously: Audio Exhibit K) |
| **Audio Exhibit 42:**<br>Stairway Acoustic – Part A: | (Previously: Audio Exhibit L) |
| **Audio Exhibit 43:**<br>Taurus Acoustic – Part A: | (Previously: Audio Exhibit M) |
| **Audio Exhibit 44:**<br>Combination – Acoustic Taurus Synced to Master SR of STH (Part A), played over Acoustic Stairway (Part A) | (Previously: Audio Exhibit N) |

### AUDIO EXHIBITS – REBUTTAL OF MATHES

| | |
|---|---|
| **Audio Exhibit 45:** | Mathes Audio Exhibit Tempo Matched - Stairway |
| **Audio Exhibit 46:** | Mathes Audio Exhibit Tempo Matched - Taurus |
| **Audio Exhibit 47:** | Mathes Audio Exhibit Tempo Matched - STH & Taurus |

## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 15-3462 RGK (16Rx) | Title | SKIDMORE v. LED ZEPPELIN, et al |
|---|---|---|---|
| Judge | R. GARY KLAUSNER | | |
| Dates of Trial or Hearing | JUN 14 2016 ; 06·15·16 ; 06·16·16; 06·17·16; 06·21·16; 06·22·16 | | |
| Court Reporters or Tape No. | | | 06·2316 |
| Deputy Clerks | SHARON L WILLIAMS, ADEL HUERTA, PAUL SONGCO | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| FRANCIS MALOFIY | PETER ANDERSON |
| GLEN KULIK | HELENE FREEMAN |
| | FILED CLERK, U.S. DISTRICT COURT |
| | JUN 23 2016 |
| | CENTRAL DISTRICT OF CALIFORNIA DEPUTY |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | JANET WOLFE                 JUN 14 2016 | P |
| | | | | | | JAY FERGUSON              JUN 14 2016 | P |
| | | | 312 | 6/14/16 | 6/14/16 | SPIRIT CD | |
| | | | 320 | 6/14/16 | NO | SPIRIT POSTER | |
| | | | 6A | JUN 22 2016 | | AUDIO  FRESH GARBAGE | |
| 305 | ✓ | ✓ | | | | POSTER FOLK ROCK FESTIVAL | |
| 313 | ✓ | ✓ | | | | REAL GROOVY ARTICLE | |
| 314 | ✓ | ✓ | | | | ARTICLE - ATLANTA POP FEST. | |
| 318 | ✓ | ✓ | | | | SEATTLE POP FESTIVAL | |
| 319 | ✓ | ✓ | | | | TEXAS POP FESTIVAL | |
| 320 | ✓ | ✓ | | | | SPIRIT POSTER | |
| 321 | ✓ | ✓ | | | | CLASH ARTICLE | |
| 316 | ✓ | ✓ | | | | SEATTLE POP FESTIVAL | |
| | | | | | | MICHAEL WARE (VIDEO) | π |
| | | | 2450 | ✓ | ✓ | MOTHERS CLUB ARTISTS | |
| | | | 2455 | ✓ | ✓ | WEBSITE POST | |
| | | | 2454 | ✓ | ✓ | WARE E-MAIL | |
| 2451 | JUN 22 2016 | | | | | SPIRIT POSTER | |
| 2452 | | | | | | BILLBOARD CHARTS | |
| 2453 | | | | | | BILLBOARD CHARTS | |
| | | | | | | MARK ANDES | π |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. __LV 15-3462__    Title: __SKIDMORE V. LED ZEPPELIN ET AL__

| Plaintiff(s) Ex. # | Id. | Ev. | Defendant(s) Ex. # | Id. | Ev. | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| 532V | ✓ | NO | | | | TAURUS CLIP | |
| 524V | ✓ | NO | JUN 22 2016 | | | STAIRWAY TO HEAVEN CLIP | |
| 525V | ✓ | ✓ | | | | TAURUS DEPOSIT | |
| 535 | ✓ | ✓ | | | | PHOTO ANDES / PLANT | |
| 2060 | — | NO | | | | SUPERIOR COURT ORDER | |
| 2058 | ✓ | ✓ | | | | TAURUS DEPOSIT COPY | |
| 352 | ✓ | ✓ | | | | SPIRIT SET LISTS | |
| 2114-1 | ✓ | ✓ | | | | SPIRIT SONGLIST | |
| | | | | | | BRUCE PATES | π |
| | | | | | | JAMES PATRICK PAGE | π |
| 373 | ✓ | ✓ | | | | SPIRIT ALBUM | |
| 157 | ✓ | ✓ | | | | ZIGZAG INTERVIEW | |
| 205A | ✓ | ✓ | | | | SPIRIT'S FRESH GARBAGE | |
| 160158 | ✓ | ✓ | | | | NEWSPAPER ARTICLE | |
| 2023 | ✓ | ✓ | | | | AUDIO | |
| 39A | ✓ | NO | | | | AUDIO - TAURUS LIVE | |
| 2708 | ✓ | ✓ | | | | STAIRWAY DEPOSIT COPY | |
| 2024-2 | ✓ | ✓ | | | | FINANCIAL DOCUMENTS (03/2015) PGS 6039245; 6039247; 6039284 6039321 | |
| 160164 | ✓ | NO | YES JUN 22 2016 | | | AUDIO STAIRWAY TO HEAVEN | |
| | | | | | | LARRY KNIGHT | π |
| | | | | | | KEVIN HANSON | π |
| 524V | ✓ | NO | JUN 22 2016 | | | AUDIO/VIDEO | |
| 532V | ✓ | NO | | | | AUDIO/VIDEO | |
| 527V | ✓ | ✓ | | | | AUDIO/VIDEO | |
| | | | | | | ALEXANDER STEWART | π |
| 508L | ✓ | ✓ | | | | LEAD SHEETS - PART A PG. 1 | |

G-65A (10/97)    LIST OF EXHIBITS AND WITNESSES - CONTINUED    Page 2 of 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**LIST OF EXHIBITS AND WITNESS - CONTINUED**

Case No. CV 15-3462-RGK (AGRX) Title: SKIDMORE V. LED ZEPPELIN ET AL

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 500-1 | ✓ | NO | | | | CHROMATIC LINE | |
| 501-1 | ✓ | ✓ | | | | CHROMATIC LINE PRIOR ART PG.1 | |
| 503-1 | ✓ | ✓ | | | | HARMONY PG.1 | |
| 502-1 | ✓ | ✓ | | | | HARMONY PG.1 | |
| 506-1 | ✓ | ✓ | | | | NOTE PAIRINGS - PG.1 | |
| 2704 | ✓ | ✓ | | | | TAURUS DEPOSIT COPY (FEDERAL) | |
| 509-1 | ✓ | ✓ | | | | TAURUS / STAIRWAY PITCH COLLECTIONS | |
| 511-1 | ✓ | ✓ | | | | TAURUS / STAIRWAY PITCH INVENTORY | |
| | | | | | | MICHAEL SKIDMORE | π |
| 460-0001 | ✓ | ✓ | | | | STIPULATION FOR ORDER | |
| 2031-0006 | ✓ | ✓ | | | | RENEWAL REGISTRATION | |
| 2070 | ✓ | ✓ | | | | AGREEMENT | |
| 461 | ✓ | ✓ | | | | TRUST | |
| 462 | ✓ | ✓ | | | | AMENDMENT TO TRUST | |
| 463 | ✓ | ✓ | | | | 2ND AMENDMENT TO TRUST | |
| 464 | ✓ | ✓ | | | | 3RD AMENDMENT TO TRUST | |
| 465 | ✓ | ✓ | | | | 4TH AMENDMENT TO TRUST | |
| | | | | | | MICHAEL EINHORN | π |
| 1XX | ✓ | ✓ | | | | LELAND SALE LEVENUES | |
| | | | | | | LAWRENCE FERRARA | Δ |
| 2092 | ✓ | ✓ | | | | FERRARA INITIAL REPORT | |
| 2404 | ✓ | ✓ | | | | REVISED REPORT FERRARA | |
| 41A | ✓ | ~~✓~~ | | | | AUDIO OF TAURUS DEPOSIT COPY | |
| 2704 | ✓ | ✓ | | | | AUDIO TAURUS DEPOSIT COPY | |
| 2705 | ✓ | ✓ | | | | MUSICAL EXAMPLE (AUDIO) | |
| | | | | | | JOHN PAUL JONES | Δ |
| 638 | ✓ | ✓ | | | | GONZAGE CONCERT | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CV 15-03462                     Title: SKIDMORE V. LED ZEPPELIN ET AL

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | ROB MATHES | △ |
| | | | 51A | ✓ | ✓ | AUDIO TAURUS DEPOSIT COPY | |
| | | | 61A | ✓ | ✓ | | |
| | | | 2961 | ✓ | ✓ | MATHES AUDIO TO CATCH A GRAB | |
| | | | 2962 | ✓ | ✓ | AUDIO TAURUS DEPOSIT + TO CATCH A GRAB | |
| | | | 2963 | ✓ | NO | STRUCTURE REPORT | |
| | | | 2014 | ✓ | ✓ | CERTIFIED REGISTRATION | |
| | | | 2060 | ✓ | NO | | |
| | | | | | | TIM GARDNER | △ |
| PGS FROM EXHIBIT 2041 | | | 639266 | ✓ | NO | PAGES FROM FINANCIAL STMT | |
| | | | 639269 | ✓ | NO | PAGES FROM FINANCIAL STMT | |
| | | | 639266 | ✓ | NO | PAGES FROM FINANCIAL STMT | |
| | | | | | | DAVID DIORSHAYE | △ |
| | | | 2412 | ✓ | ✓ | PROFIT/LOSS STMT | |
| | | | | | | JEREMY BLIETZ | △ |
| | | | | | | ROBERT PLANT | △ |
| | | | | | | JAMES PAGE | △ |
| | | | 2112 | ✓ | NO | MAY 1969 CHICAGO FLYER | |
| | | | 2964 | ✓ | ✓ | TAURUS CERTIFIED REGIST. | |
| 98 | ✓ | ✓ | | | | NEW MUSIC EXPRESS ARTICLE | |
| 160A | ✓ | ✓ | | | | ZIG ZAG INTERVIEW | |
| 310 | ✓ | NO | | | | SPIRIT CD MAMMOTH GARDENS | |
| 344 | ✓ | NO | | | | CD IMAGE 1ST ATLANTA POP | |
| 6040194 | ✓ NO | (FROM 4 194) | | | | | |
| 39A | ✓ | NO | | | | RECORDING TAURUS LIVE | |
| 32A | ✓ | NO | | | | RECORDING SPIRIT ALBUM | |
| 2XX | ✓ | NO | | | | RECORDING COMPARISON VIDEO | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CV 15-3462          Title: SKIDMORE V. LED ZEPPELIN

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 2011-1 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| 2011-3 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| 2011-5 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| 2011-7 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| | | | | | | | |
| 2016 | ✓ | ✓ | | | | PETITION EXHIBIT A | |
| | | | | | | LAST PAGE - CERTIFICATION | |
| | | | | | | | |
| 2051 | ✓ | | | | | D040241 | |
| 2021 | ✓ | | | | | D000650 | |
| | | | 160 | JUN 22 2016 | | | |
| | | | 140194 to 140241 | JUN 22 2016 | | | |
| | | | 527x | JUN 22 2016 | | | |
| | | | 500 | JUN 22 2016 | | | |
| | | | 100169A | JUN 22 2016 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |