# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.228.9612

**Helene M. Freeman**
DID 212.841.0547
hfreeman@phillipsnizer.com

Court Plaza North
25 Main Street
Hackensack, NJ 07601-7015
201.487.3700
Fax 201.646.1764

www.phillipsnizer.com

December 6, 2017

<u>VIA ECF</u>

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: <u>*Michael Skidmore v. Led Zeppelin, et al*, # 16-56057, 16-56287</u>

Dear Ms. Dwyer:

    I am co-counsel for defendants and appellees James Patrick Page, Robert Anthony Plant and John Paul Jones in the first of the above-referenced consolidated appeals. I am writing in response to the Court's December 4, 2017 notification of possible oral argument dates in San Francisco, California, in the above-referenced consolidated appeals.

    I have reviewed the San Francisco sitting dates in March through May 2018, and have an unavoidable conflict with the April dates, April 9-13.

    Thank you for your attention to the foregoing and please let me know if you have any questions.

Respectfully submitted,

Helene M. Freeman

HMF:bm
cc: Francis Malofiy, Esq. (via ECF)
    Alfred Joseph Fluer, Esq. (via ECF)
    Glen Lance Kulik, Esq. (via ECF)
    Peter Anderson, Esq. (via ECF)

1334301.1