UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 4 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants-Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>        Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants, | No. 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |

Before: PAEZ and IKUTA, Circuit Judges, and VITALIANO,[*] District Judge.

---

[*] The Honorable Eric N. Vitaliano, United States District Judge for the Eastern District of New York, sitting by designation.

2

Appellees' unopposed motion for an extension of time to file a petition for panel rehearing and rehearing en banc is GRANTED. The petition for panel rehearing and rehearing en banc is due on or before October 26, 2018.