UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, | No.   16-56057 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles |
| v. | |
| LED ZEPPELIN; et al., | ORDER |
| Defendants-Appellees. | |

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, | No.   16-56287 |
| Plaintiff-Appellee, | D.C. No. 2:15-cv-03462-RGK-AGR |
| v. | |
| WARNER/CHAPPELL MUSIC, INC, | |
| Defendant-Appellant. | |
| and | |
| LED ZEPPELIN; et al., | |
| Defendants, | |

Before:  PAEZ and IKUTA, Circuit Judges, and VITALIANO,[*] District Judge.

---

[*]      The Honorable Eric N. Vitaliano, United States District Judge for the Eastern District of New York, sitting by designation.

Appellee Led Zeppelin is ordered to file a response to Appellant Michael Skidmore's Petition for Rehearing En Banc, filed on October 26, 2018 (Dkt. 74). The response shall be filed within twenty-one days of the date of this order, and shall not exceed fifteen pages.