UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
|---|
| JAN 03 2019 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,

    Plaintiff – Appellant/ Cross-Appellee,

 v.

WARNER/CHAPPELL MUSIC, INC,

    Defendant – Appellee, Cross-Appellant

and

LED ZEPPELIN; et al.,

    Defendants - Appellees.

Nos. 16-56057, 16-56287

D.C. No. 2:15-cv-03462-RGK-AGR

U.S. District Court for Central California, Los Angeles

**ORDER**

  The amicus brief submitted on November 5, 2018 by National Music Publishers Association and Recording Industry Association of America is filed. No paper copies are required at this time.

     FOR THE COURT:

     MOLLY C. DWYER
     CLERK OF COURT

     By: Stephanie M. Lee
     Deputy Clerk
     Ninth Circuit Rule 27-7