IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LED ZEPPELIN, et al.,<br><br>Defendants-Appellees. | Nos. 16-56057, 16-56287 |

**MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF**

On June 10, 2019, this Court granted rehearing en banc in this case involving an allegation of copyright infringement. The federal government is considering whether to file a brief as amicus curiae in connection with the en banc proceedings. A determination whether to file such a brief must be made by the Solicitor General, after appropriate consultation with interested components and agencies of the federal government. *See* 28 C.F.R. § 0.20(c).

If the Solicitor General determines that amicus participation is warranted, depending on the position ultimately taken by the United States, a brief could be due as soon as today, July 1, 2019. Because the

federal government was not previously involved in this case, and in order to allow the appropriate consultation to occur, we respectfully request a 45-day extension of time, to and including August 15, 2019, to file any amicus brief. If the government determines that it will not file an amicus brief, we will promptly notify the Court.

                Respectfully submitted,

                SCOTT R. McINTOSH

                *s/ Daniel Tenny*
                DANIEL TENNY
                (202) 514-1838
                  Attorneys, Appellate Staff
                  Civil Division
                  U.S. Department of Justice
                  950 Pennsylvania Ave., N.W.
                  Room 7215
                  Washington, DC 20530

JULY 2019

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume limitation in Rule 27(d)(2)(A) because it contains 172 words. This motion was prepared using Microsoft Word 2016 in Book Antiqua, 14-point font, a proportionally-spaced typeface.

*s/ Daniel Tenny*
Daniel Tenny

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Daniel Tenny*
Daniel Tenny