**Case Nos. 16-56057 (L), 16-56287**

*In the*

# United States Court of Appeals
*for the*
# Ninth Circuit

───────◆───────

MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,

*Plaintiff-Appellant,*

v.

LED ZEPPELIN, JAMES PATRICK PAGE, ROBERT ANTHONY PLANT,
JOHN PAUL JONES, SUPER HYPE PUBLISHING, INC.,
WARNER MUSIC GROUP CORPORATION, WARNER CHAPPELL MUSIC, INC.,
ATLANTIC RECORDING CORPORATION,
and RHINO ENTERTAINMENT COMPANY,

*Defendants-Appellees.*

───────────────────────────

*Appeal from a Decision of the United States District Court for the Central District of California,
Case No. 2:15-cv-03462-RGK-AGR ∙ Honorable R. Gary Klausner*

## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

PROFESSOR MARK A. LEMLEY, *Counsel of Record*
STANFORD LAW SCHOOL
Center for Internet & Society
559 Nathan Abbott Way
Stanford, California 94305
(650) 723-4605 Telephone
mlemley@law.stanford.edu

*Counsel for Amici Curiae,
19 Intellectual Property Professors*

## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

Amici Curiae are copyright law professors at schools throughout the United States. Amici have no personal interest in the outcome of this case, but have a professional interest in seeing that copyright law develops in a way that is logical and clear and that achieves the Constitutional objective of promoting the progress of science. A list of signatories is attached in Appendix A.

No one other than amici has funded or participated in the drafting of this brief.

This case presents an issue central to almost every copyright case: the proper standard for assessing infringement. That is an issue that this Court has not confronted en banc in decades, if ever. Having the input of some of the leading legal scholars in the country on the issue will assist the Court in crafting the correct legal standard and avoiding inadvertently enshrining imprecise language into the law of the Circuit for decades to come.

Petitioner Led Zeppelin has consented to the filing of this brief. Cross-petitioner Skidmore was contacted but has neither consented nor refused consent.

Dated: July 1, 2019          Respectfully submitted,

/s/ Mark A. Lemley
Mark A. Lemley
STANFORD LAW SCHOOL

*Counsel for Amici Curiae*
*19 Intellectual Property Professors*

1

# Appendix A
# List of Signatories[1]

Professor John R. Allison
McCombs Graduate School of Business
University of Texas at Austin

Professor Annmarie Bridy
University of Idaho School of Law

Professor Christopher Buccafusco
Benjamin Cardozo School of Law, Yeshiva University

Professor Joseph Fishman
Vanderbilt University Law School

Professor Bryan L. Frye
University of Kentucky College of Law

Dean Jon M. Garon
Nova Southeastern University School of Law

Professor Deborah R. Gerhardt
University of North Carolina School of Law

Professor Jim Gibson
University of Richmond School of Law

Professor Paul J. Heald
University of Illinois College of Law

Professor Stacey M. Lantagne
University of Mississippi School of Law

Professor Mark A. Lemley
Stanford Law School

---

[1] All signatories sign in their individual capacity. Institutions for identification purposes only.

Professor Yvette Joy Liebesman
St. Louis University School of Law

Professor Jonathan S. Masur
University of Chicago School of Law

Professor Mark P. McKenna
Notre Dame Law School

Professor Michael J. Meurer
Boston University School of Law

Professor Tyler T. Ochoa
Santa Clara University School of Law

Professor Matthew Sag
Loyola University-Chicago School of Law

Professor Pamela Samuelson
Berkeley Law School

Professor Joshua Sarnoff
DePaul University School of Law

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Mark A. Lemley
Mark A. Lemley