FILED

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

JUL 2 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LED ZEPPELIN; et al.,<br><br>Defendants-Appellees. | No.    16-56057<br><br>D.C. No.<br>2:15-cv-03462-RGK-AGR<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>Defendants, | No.    16-56287<br><br>D.C. No.<br>2:15-cv-03462-RGK-AGR<br>Central District of California,<br>Los Angeles |

The United States' motion for a 45-day extension of time, to and including

August 15, 2019, to file any amicus brief is granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7