# FILED

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

JUL 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br> Defendants-Appellees. | No.  16-56057 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles <br><br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC, <br><br> Defendant-Appellant. <br><br> and <br><br> LED ZEPPELIN; et al., <br><br> Defendants, | No.  16-56287 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles |

The motions for leave to file amicus curiae briefs by 19 Intellectual Property Professors and by Musicologists are **GRANTED**.  Appellee may file one combined brief in response to both amici.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7