FILED

JUL 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants-Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>        Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants, | No. 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

The order filed on July 26, 2019, at Docket Entry No. 113 is amended as follows:

The motions for leave to file amicus curiae briefs by 19 Intellectual Property Professors and by Musicologists are **GRANTED**. Skidmore may file one combined brief in response to both amici.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT


                By: Paul Keller
                Deputy Clerk
                Ninth Circuit Rule 27-7