UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 5 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br> Defendants-Appellees. | No. 16-56057 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles <br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC, <br><br> Defendant-Appellant. <br><br> and <br><br> LED ZEPPELIN; et al., <br><br> Defendants, | No. 16-56287 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR |

KPIX News applied to video/ audio record for later broadcast the case captioned above, scheduled to be heard the week of September 23, 2019 at the James R. Browning Courthouse in San Francisco, CA. KPIX News' request is

2

GRANTED, with direction that the videographer/photographer remain in a stationary position. KPIX News must contact Kwame Copeland at least 14 days prior to oral argument to arrange all technical details.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Scarlet Espinosa
Deputy Clerk
Ninth Circuit Rule 27-7