UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>LED ZEPPELIN; et al.,<br><br>   Defendants-Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>   Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>   Defendants, | No. 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

Appellant's motion for leave to file a combined response to the amicus curiae briefs of the United States, 123 Songwriters, and the NMPA/RIAA (Doc. 148) is **GRANTED**. Appellant's motion for leave to file two briefs in response to these amici by August 30, 2019 (Doc. 134), is **DENIED** as moot.

Appellees' motions for leave to file, in a single brief, a response to the amicus curiae brief of Pullman Group, LLC and Structured Asset Sales, LLC (Doc. 150), and a combined reply to Appellant's responses to amicus curiae briefs filed in support of Appellees (Doc. 151) are **GRANTED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7