UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br> Defendants-Appellees. | No. 16-56057 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles <br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC, <br><br> Defendant-Appellant. <br><br> and <br><br> LED ZEPPELIN; et al., <br><br> Defendants, | No. 16-56287 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles |

Appellant's motion for leave to play audio exhibits at oral argument (Doc. 156) is **DENIED**. The motion for leave to file a reply brief by amicus curiae, the Pullman Group, LLC and Structured Asset Sales, LLC (Doc. 157), is **DENIED** pursuant to Circuit Rule 29-1.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT


        By: Wendy Lam
        Deputy Clerk
        Ninth Circuit Rule 27-7