# EXHIBIT 5

| | |
|---|---|
| 1 | Francis Malofiy, Esq. |
| 2 | Francis Alexander, LLC |
| 3 | 280 N. Providence Road |
| | Media, PA 19063 |
| 4 | T: (215) 500-1000; F: (215) 500-1005 |
| 5 | E: francis@francisalexander.com |
| | *Attorney for Plaintiff* |
| 6 | |
| 7 | Glen L. Kulik, Esq. (SBN 082170) |
| | Kulik Gottesman & Siegel LLP |
| 8 | 15303 Ventura Blvd., Suite 1400 |
| 9 | Sherman Oaks, CA 91403 |
| | T: (310) 557-9200; F: (310) 557-0224 |
| 10 | E: gkulik@kgslaw.com |
| | *Attorney for Plaintiff* |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST, | Case No. 15-cv-03462 RGK (AGRx) |
| | Hon. R. Gary Klausner |
| Plaintiff, | |
| v. | **WITNESS LIST (COMBINED) FILED BY PLAINTIFF MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST** |
| LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY, | Action Filed:  May 31, 2014 |
| | Discovery Cut Off:  February 11, 2016 |
| | Pre-trial Conf.:  April 25, 2016 |
| | Trial Date:  May 10, 2016 |
| Defendants. | |

**EXHIBIT 5**

| | Witness Name & Address | Brief Statement of Testimony | Time Estimate (Direct/Cross) |
|---|---|---|---|
| 13 | Barry Hansen<br>6102 Pimenta Avenue<br>Lakewood, CA 90712<br>(562) 480-9820 | FACT – Knowledge of tapes of Taurus from 1966-68. Custody and control of tapes. Confirmation of emails providing these original tapes of Taurus to Michael Skidmore. Authenticity of tapes, when they were created, and how kept and eventually provided to Michael Skidmore. Confirmation Spirit playing Taurus live prior to contract.<br>See Declaration. | Direct: 45 min<br>Cross: _____ |
| 14 | Michael R. Lee, Ph.D.<br>4134 S. Eudora Street<br>Englewood, CO 80110<br>(303) 919-0579 | FACT – Knowledge that Randy Wolfe actively sought her legal advice and had an in person meeting with her in the 1990's to legally file suit against Led Zeppelin for infringing his song Taurus. Information related to why suit wasn't brought at that time, including the legal landscape, statute of limitation, and financial reasons.<br>See Declaration. | Direct: 30 min<br>Cross: _____ |
| 15 | Robert Lee, Esq.<br>4134 S. Eudora Street<br>Englewood, CO 80110<br>(303) 919-0579 | FACT (ATTORNEY) –<br>Knowledge that Randy Wolfe actively sought her legal advice and had an in person meeting with her in the 1990's to legally file suit against Led Zeppelin for infringing his song Taurus. Information related to why suit wasn't brought at that time, including the legal landscape, statute of limitation, and financial reasons.<br>See Declaration. | Direct: 30 min<br>Cross: _____ |
| 16 | Alexander Stewart, Ph.D.<br>c/o Francis Malofiy, Esq.<br>Francis Alexander, LLC<br>280 N. Providence Road<br>Media, PA 19063<br>(215) 500-1000 | EXPERT – This witness will testify on the subject matter of musicology, music transcription, substantial & strikingly similarity, and comparatively analyze *Taurus* and *Stairway to Heaven*. A written report prepared and signed by Dr. Stewart is was produced in discovery. Additionally a Declaration containing Rebuttal was submitted to the Court. The Report, Declaration, Audio Recordings and Transcription, and materials relied upon in coming to his opinion are incorporated by reference and are intended to be used at time of trial. | Direct: 4 hours<br>Cross: _____ |
| 17 | Erik Johnson<br>c/o Francis Malofiy, Esq.<br>Francis Alexander, LLC<br>280 N. Providence Road | EXPERT – Substantial similarity and striking similarity. This witness will testify as a Master Musician/Session Musician (Multi-Instrumentalist), | Direct: 2 hours<br>Cross: _____ |

| | Witness Name & Address | Brief Statement of Testimony | Time Estimate (Direct/Cross) |
|---|---|---|---|
| 20 | Michael Einhorn, Ph.D. c/o Francis Malofiy, Esq. Francis Alexander, LLC 280 N. Providence Road Media, PA 19063 (215) 500-1000 | EXPERT - This witness will testify on the subject matter professional valuation of damages. A written report prepared and signed by Michael Einhorn has been produced and served in discovery. The Report and materials relied upon in coming to his opinion are intended to be used at time of trial. | Direct: 2 hours Cross: _____ |
| 21 | Dennis Somach c/o Francis Malofiy, Esq. Francis Alexander, LLC 280 N. Providence Road Media, PA 19063 (215) 500-1000 | EXPERT - This witness will testify on the subject matter of qualitative importance of Stairway to Heaven to Led Zeppelin, music history, and Led Zeppelin history. A written report prepared and signed by Denny Somach was prepared and discovery. Additionally, a Declaration containing Rebuttal was submitted to the Court. The Report, Declaration, and materials relied upon in coming to his opinion are intended to be used at time of trial. | Direct: 1.5 hours Cross: _____ |
| 22 | Robert Coit, Esq. 770 County Square Drive Suite 200 Ventura, CA 93003 (805) 650-1197 | FACT - Ventura , California, County Superior Court proceedings re Randy Craig Wolfe, including creation, termination and/or duration of Randy Craig Wolfe Trust and ownership and/or disposition of rights with respect to musical composition Taurus | Direct: 1 hour Cross: _____ |
| 23 | Terry Lynn Moore 770 County Square Drive Suite 200 Ventura, CA 93003 (805) 650-1197 | FACT - Ventura , California, County Superior Court proceedings re Randy Craig Wolfe, including creation, termination and/or duration of Randy Craig Wolfe Trust and ownership and/or disposition of rights with respect to musical composition Taurus | Direct: 20 min Cross: _____ |
| 24 | Dave McKenna Address Unknown | FACT - Author of Article re: Randy Wolfe. Mr. McKenna interviewed Bernice Perle (Randy Wolfe's Mother) shortly before her death. The article was produced in discovery. | Direct: 30 min Cross: _____ |
| | | **DEFENDANTS' WITNESS LIST** | |
| | Lou Adler Hollenbeck Music 3969 Villa Costera 1 Malibu, CA 90265 | FACT - The 1967 creation and ownership, and performance and exploitation of, the musical composition Taurus | Direct: 2 hours Cross: 1 hour |
| 25 | Howard Frank, Esq. Hollenbeck Music 3969 Villa Costera 1 Malibu, CA 90265 | FACT - The ownership of the musical composition Taurus, and Hollenbeck Music's knowledge of and inaction re Stairway to Heaven | Direct: 1 hour Cross: 30 min |

8

Case No. 15-cv-03462 RGK (AGRx)     **EXHIBIT 5**     WITNESS LIST (Combined)