**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants-Appellees. | No.   16-56057<br><br>D.C. No.<br>2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>        Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants, | No.   16-56287<br><br>D.C. No.<br>2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

Before:  THOMAS, Chief Judge, and GRABER, McKEOWN, W. FLETCHER, BEA, IKUTA, MURGUIA, NGUYEN, WATFORD, HURWITZ and BADE, Circuit Judges.

Plaintiff-Appellee's motion for sanctions against defense counsel (Doc. 176) is **DENIED**.