UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, Plaintiff - Appellant, v. LED ZEPPELIN; et al., Defendants - Appellees. | No. 16-56057 D.C. No. 2:15-cv-03462-RGK-AGR U.S. District Court for Central California, Los Angeles **MANDATE** |
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, Plaintiff - Appellee, v. WARNER/CHAPPELL MUSIC, INC, Defendant - Appellant. and LED ZEPPELIN; et al., Defendants, | No. 16-56287 D.C. No. 2:15-cv-03462-RGK-AGR U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered March 09, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7