# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Michael Skidmore, as Trustee for the Randy Craig Wolfe Trust
             v. Led Zeppelin, et al.
             No. 20-142
             (Your No. 16-56057, 16-56287)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The motion of The Pullman Group, LLC, et al. for leave to file a brief as *amici curiae* is granted.   The motion of California Society of Entertainment Lawyers for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

                                           Sincerely,

                                           */s/ Scott S. Harris*

                                           **Scott S. Harris**, Clerk